IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01080-RM-MEH

POPSOCKETS, LLC

    Plaintiff,

v.

LORA SUZANNE WILCOX,
BRADLEY JAMES WILCOX, and
JOHN DOES 1-10, individually and as corporate entities,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 26, 2019.**

    Before the Court is Defendants' [Reply] to Plaintiff's Response to Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction [ECF No. 34]. Judge Moore's practice standards require that "[r]eplies shall not exceed fifteen (15) pages." RM Prac. Stds. Civ. § IV.B.1 ("These page limitations shall include the cover page, jurisdictional statement, statement of facts, procedural history, argument, authority, closing, signature block, and all other matters, except the certificate of service.").[1]

    Here, Defendants' reply brief is twenty-two pages in length and they have not requested relief from the page limitation requirement. Accordingly, the Court must **strike** the reply at ECF No. 34 and grant the Defendants leave to file a reply brief that complies with Judge Moore's practice standards and all applicable court rules **on or before July 10, 2019**.

---

[1] Judge Moore's practice standards may be found on the Court's website at www.cod.uscourts.gov.