IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01080-RM-MEH

POPSOCKETS, LLC

    Plaintiff,

v.

LORA SUZANNE WILCOX,
BRADLEY JAMES WILCOX, and
JOHN DOES 1-10, individually and as corporate entities,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 6, 2019.**

    The Court will hold a Discovery Conference in this case on Monday, **January 6, 2020 at 10:30 a.m.** in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado.

    If this date is not convenient, the parties shall confer and contact my Chambers by email at hegarty_chambers@cod.uscourts.gov to obtain an alternate date. All parties must be copied on the email if they agree to change the conference date; otherwise, any party seeking to change the conference date must file a motion. Absent exceptional circumstances, no request for rescheduling will be entertained unless made **five business days prior** to the date of the conference.

    The pro se Defendants may appear at the conference by telephone by calling my chambers at (303) 844-4507 at the appointed time. Counsel for the Plaintiff shall appear in person unless otherwise permitted to appear by telephone on a showing of good cause.

    The parties shall submit any information/documents they believe may be helpful to the resolution of the issue(s) on or before January 3, 2020 at noon to hegarty_chambers@cod.uscourts.gov.