IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-01080-RM-MEH

POPSOCKETS, LLC

Plaintiff

vs.

LORA SUZANNE WILCOX,

BRADLEY JAMES WILCOX,

and

JOHN DOES 1-10, individually or as corporate/business entities

Defendants

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 31 2019

JEFFREY P. COLWELL
CLERK

---

### DEFENDANTS NOTICE OF APPEAL

---

Notice is hereby given that Bradley Wilcox and Lora Wilcox, defendants in the above captioned case, hereby appeal to the United States Court of Appeals for the Tenth Circuit from an order entered in this case on December 23, 2019, "Order, The Court ACCEPTS and ADOPTS the recommendation (ECF no. 47), DENIES the motion to dismiss (ECF No.15), and DENIES AS MOOT the motion for leave to file a sur-reply (ECF No.42). Defendants are appealing the motion to dismiss part of the order.

Page 1
DEFENDANTS NOTICE OF APPEAL

## CERTIFICATE OF SERVICE

We, the undersigned, hereby certify that, on the 31st day of December, 2019, we are filing the above and foregoing document with the court using Federal Express Overnight Courier and have sent notice of this motion to the email addresses of Matthew Groves, Darren Garcia, Rajeev Adlakha and William D. Kloss, Jr., as listed below. Defendants are Pro Se and do not have access to the online PACER filing system like attorneys so Defendants are unable to e-file this motion and Defendants must send paper documents to the court.

Dated this 31st day of December, 2019

*Lora Suzanne Wilcox,*
*Pro Se, Defendant*
9100 Independence Parkway,
#2409
Plano, Texas 75025
Telephone: 972-741-4391
E-mail: bkw3@prodigy.net
Defendant

*Bradley James Wilcox,*
*Pro Se, Defendant*
9100 Independence Parkway,
#2409
Plano, Texas 75025
Telephone: 972-741-4388
E-mail: bkw3@prodigy.net
Defendant

Page 2
DEFENDANTS NOTICE OF APPEAL

Matthew Groves
Groves Law, LLC
281 S. Pearl Street
Denver, CO 80209
Phone: (303) 557-0199
Email: matt@grovesllc.com
Counsel for Plaintiff PopSockets LLC

William D. Kloss, Jr. (Ohio Bar No. 0040854)
Vorys, Sater, Seymour and Pease LLC
200 Public Square
Suite 1400
Cleveland, Ohio 44114-2327
Phone (216) 479-6175
Email: wdklossjr@vorys.com
Counsel for Plaintiff PopSockets LLC

Darren Scott Garcia
Vorys Sater Seymour & Pease LLP-Cincinnati
301 East 4th Street
Great American Tower
Suite 3500
Cincinnati, Ohio 45202
Phone (513) 723-4020
Email: dsgarcia@vorys.com
Counsel for Plaintiff PopSockets, LLC

Rajeev Kumar Adlakha
Vorys Sater Seymour & Pease LLP-Cleveland
200 Public Square
Suite 1400
Cleveland, Ohio 44114
Phone (216) 479-6175
Email: rkadlakh@vorys.com
Counsel for Plaintiff PopSockets, LLC

Plaintiff's Address
5757 Central Ave, Boulder, CO 80301