



**Extremely Urgent**

For FedEx Express® Shipments Only

Contents should be compatible with the container and packed securely. For shipping terms and conditions and our limits of liability, refer to the applicable FedEx Express shipping document, the current FedEx Service Guide, or conditions of carriage.

For more information on FedEx Express services, options, and shipping locations, go to **fedex.com**, or contact your nearest FedEx location.

© 2018 FedEx 158011 REV 3/18



See how FedEx connects the world in responsible and resourceful ways at **environment.fedex.com**. Join our efforts by recycling this FedEx envelope.



```
ORIGIN ID:DNEA  (972) 741-4388      SHIP DATE: 30DEC19
BRADLEY WILCOX                      ACTWGT: 1.70 LB
9100 INDEPENDENCE PKWY APT 2402     CAD: 6990835/SSF02021
PLANO, TX 75025
UNITED STATES US                    BILL CREDIT CARD

TO  ALRED A ARRAJ US COURTHOUSE
    901 19TH ST
    ROOM A105
    DENVER CO 80294
    (000) 000-0000         REF:
    INV:
    PO:                    DEPT:
```



TRK# 7793 2033 5234        TUE - 31 DEC 10:30A
0201                       PRIORITY OVERNIGHT

**AG QBFA**              80294
                      CO-US  DEN

Sticker: R1 314 1 FZ B30 C 5234 10:30 12:31