# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-01080-RM-MEH

POPSOCKETS, LLC

    Plaintiff

vs.

LORA SUZANNE WILCOX,

BRADLEY JAMES WILCOX,

    and

JOHN DOES 1-10, individually or as corporate/business entities

    Defendants

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 31 2019

JEFFREY P. COLWELL
CLERK

---

## DEFENDANTS BRIEF EXPLAINING THE RELATIONSHIP AND RACKETEERING ACTIVITY BETWEEN iSERVE, TRIGUARDIAN, PATTERN AND VORYS LAWFIRM

---

Most of the brands that Vorys filed a lawsuit for ended up being sold by iServe.

Eliminating iServe's competitors appears to be a very large source of Vorys' business.

For example:

-iServe and Vorys give frequent joint marketing presentations to brand owners, both in the United States and overseas, via Practicology. They usually pitch that they can control the retail prices for a brand's products.

-iServe refers business to Vorys via its Trigaurdian program. iServe rebranded to Pattern. Pattern, iServe, Triguardian and Practicology all fall under the same ownership umbrella.

-iServe employees have appeared numerous times to testify in lawsuits filed by Vorys.

-iServe generally does not follow the quality control measures that the lawsuits are ostensibly about, but is never targeted by Vorys.

One of the reasons that Vorys gets away with this is because people don't know what they are up to.

iServe claims to follow the MAP 85% of the time.

In one case where Vorys sued an iServe competitor, iServe publicly made a statement that could be construed as horizontal price fixing with that brand

owner's retail division ("Due to iServe's and Pure Encapsulations' partnership, the prices of the products on Amazon and Pure's website should be the same. The price of Inositol (Powder) is $39.90 on both sites. Please feel free to contact iServe directly at 866.765.1355 with any pricing concerns.")

In the case of multiple other brands where Vorys sued iServe competitors, iServe publicly admitted multiple times that they did not follow some of the quality control measures that Vorys claimed the lawsuit was about (for example: "Our products are stored and shipped by Amazon and so we can not check exact current expiration dates for you.")

Customers have also left numerous reviews for iServe that suggest iServe does not even follow many of the other supposed quality control measures. Found three customers who left reviews that accused iServe of selling expired products with tampered expiration dates (i.e: "The Clear Heat supplements were well past their expiration date stamped on the bottom of the container. A new sticker was put over the original stamped date indicating an updated expiration date. I am disgusted by this. It's fraud")

Vorys knows about all this. They definitely know about the involvement of iServe with their nominal brand owner clients, although Vorys always fail to disclose this in their legal filings, even when they call iServe employees to testify.

One case that does not involve iServe directly, but very clearly highlights some of the ethics issues with Vorys is GNC. GNC decided to start selling their products directly on Amazon. Their CFO said in a conference call that their Amazon sales were not as high as GNC hoped because other sellers sold GNC products on Amazon, but that they were now going after those sellers "aggressively."
Of course, when Vorys filed lawsuits against GNC's competitors on Amazon, they gave a different explanation.

According to Vorys, GNC filed the lawsuits to enforce "quality control requirements [that] are legitimate, substantial, and non-pretextual and have been implemented so that GNC can control the quality of goods manufactured and sold under the GNC Trademarks, so as to protect consumers." Vorys also made the typical warranty claims.

So far, GNC has sued small sellers who have not responded to the lawsuits. They even won a few default judgements.

However, those victories are based on false statements to the court. The quality control measures are entirely pretextual, as the Vorys attorneys certainly know. What is more interesting though, is that GNC has a pretty bad feedback rating, as far as large sellers go. There are many complaints against GNC's Amazon storefront that would not occur if GNC actually followed the quality control measures that Vorys described.

Lots of customers complained about receiving expired products or products with broken seals. A number of customers also complained that GNC does not honor its supposed warranty. Ironically enough, one of the GNC competitors that Vorys is suing has a 100% positive feedback rating.

There is another non-iServe case where Vorys attorneys were involved in conduct that may violate state anti-trust laws in the state where their client was based.

Here are some of the companies Vorys filed lawsuits on behalf of. Their products all ended up being sold on Amazon by iServe:

Standard Process

Pure Encapsulations

Skullcandy

Page 5
DEFENDANTS BRIEF EXPLAINING THE RELATIONSHIP AND
RACKETEERING ACTIVITY BETWEEN iSERVE, TRIGUARDIAN, PATTERN
AND VORYS LAW FIRM

Rainbow Light

Health Concerns

Tumi

Derive Systems

Owlet Baby

Popsockets


Here are some brands where Vorys was involved and these brands all ended up being sold on Amazon by iServe:

Kong

Thymes

Panasonic

Feetures

Yogi Tea

Pandora

Spectra Baby

Zebra


This is just a partial list, but it should give an idea.


Page 6
DEFENDANTS BRIEF EXPLAINING THE RELATIONSHIP AND
RACKETEERING ACTIVITY BETWEEN iSERVE, TRIGUARDIAN, PATTERN
AND VORYS LAW FIRM

*[signature]*

***Lora Suzanne Wilcox,***
***Pro Se, Defendant***
9100 Independence Parkway,
#2409
Plano, Texas 75025
Telephone: 972-741-4391
E-mail: bkw3@prodigy.net
Defendant

*[signature]*

***Bradley James Wilcox,***
***Pro Se, Defendant***
9100 Independence Parkway,
#2409
Plano, Texas 75025
Telephone: 972-741-4388
E-mail: bkw3@prodigy.net
Defendant


Matthew Groves
Groves Law, LLC
281 S. Pearl Street
Denver, CO 80209

Phone: (303) 557-0199
Email: matt@grovesllc.com
Counsel for Plaintiff PopSockets LLC

William D. Kloss, Jr. (Ohio Bar No. 0040854)
Vorys, Sater, Seymour and Pease LLC
200 Public Square
Suite 1400
Cleveland, Ohio 44114-2327
Phone (216) 479-6175
Email: wdklossjr@vorys.com
Counsel for Plaintiff PopSockets LLC

Darren Scott Garcia
Vorys Sater Seymour & Pease LLP-
Cincinnati
301 East 4th Street
Great American Tower
Suite 3500
Cincinnati, Ohio 45202
Phone (513) 723-4020
Email: dsgarcia@vorys.com
Counsel for Plaintiff PopSockets, LLC

Rajeev Kumar Adlakha
Vorys Sater Seymour & Pease LLP-
Cleveland
200 Public Square
Suite 1400
Cleveland, Ohio 44114
Phone (216) 479-6175
Email: rkadlakha@vorys.com
Counsel for Plaintiff PopSockets, LLC

Plaintiff's Address
5757 Central Ave, Boulder, CO 80301