## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-01080-RM-MEH

POPSOCKETS, LLC

        Plaintiff

vs.

LORA SUZANNE WILCOX,

BRADLEY JAMES WILCOX,

        and

JOHN DOES 1-10, individually or as
corporate/business entities

        Defendants

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**DEC 31 2019**

JEFFREY P. COLWELL
        CLERK

---

## DEFENDANTS REQUEST TO ASK THE COURT TO TAKE JUDICIAL NOTICE OF THE NUMBER OF LAWSUITS POPSOCKETS HAS FILED NATIONWIDE OVER THE LAST TWO YEARS

---

Defendants ask the court to take judicial notice of the volume of baseless and meritless lawsuits PopSockets has filed with the courts nationwide against Amazon and eBay 3rd party sellers. The lawsuits are  baseless, meritless and constitute abuse of process.

An online review of <u>PACER.gov</u> will clearly show the excessive and vexatious litigation tactics PopSockets and PopSockets legal counsel has launched against 3rd party Amazon and eBay sellers over the last 2-1/2 years. The lawsuits constitute trolling and trademark bullying and the court is used as a weapon against sellers who do not roll over like a dog to PopSockets and give into their trolling and bullying demands. PACER clearly shows a total of 31 lawsuits PopSockets has filed between the Federal Courts of California, Colorado, Illinois, New York , Texas and Wisconsin. The PACER list is attached as "Exhibit 1". This is clearly an abuse of process and malicious prosecution by PopSockets. PopSockets pure intention is to use the courts to engage in anticompetitive behavior , restrain trade, get rid of 3rd party sellers who are competitors and use the court as a "weapon" as part of their enforcement efforts. PopSockets claims are meritless and baseless as most all the defendants are protected by the "Right of First Sale Doctrine" and are doing nothing wrong. PopSockets knows this but they do not care as PopSockets wants all 3rd party sellers and anyone else who is not part of a MAP agreement gone at any cost. PopSockets and PopSockets intentionally misrepresent the law to 3rd party sellers while they troll 3rd party sellers on eBay and Amazon in hopes of instilling fear in 3rd party sellers and removing them from PopSockets listings. PopSockets and PopSockets legal counsel intentionally violate the FTC Act and Magnuson Moss Warranty Act when they make their false warranty and quality control claims to 3rd party sellers.

Page 2
DEFENDANTS REQUEST TO ASK THE COURT TO TAKE JUDICIAL NOTICE
OF THE NUMBER OF LAWSUITS POPSOCKETS HAS FILED NATIONWIDE
OVER THE LAST TWO YEARS

A review of the PACER docket of PopSockets cases will clearly show Attorney Matthew Groves, who is legal counsel on this case, has filed 8 lawsuits on behalf of PopSockets within the last 12 months alone. Groves is not an IP expert nor IP attorney rather he is a probate and elder law attorney in Colorado. He continues to file these cases on behalf of Vorys Lawfirm in Ohio and obviously has a "Godfather" within Vorys who is guiding and directing him on these cases. The cases filed by Groves contain no factual allegations and have no evidentiary basis. Groves repeatedly violates Rule 11(b)2 by continuing to file these baseless and meritless suits. The cases are filled with speculation, conclusory allegations, misrepresentations of law and evidence which clearly does not meet or fall under the rules of evidence and is therefore not admissible. Groves incorporates snapshots of Amazon reviews allegedly posted on Amazon and which he claims are hurting PopSockets brand and goodwill. The alleged reviews in the complaints cannot be corroborated or authenticated so therefore they are inadmissible under the rules of evidence. For all we know, PopSockets or someone affiliated with PopSockets could be manufacturing or have manufactured the reviews. These are just a few of the many facts to support PopSockets and Groves vexatious and fraudulent litigation tactics. The court must intervene to stop this continued motion practice and abuse of process by PopSockets, Vorys Law Firm, Vorys attorneys and Groves. The above mentioned attorneys are nothing but bottom feeders from a low tier law firm who engage in

Page 3
DEFENDANTS REQUEST TO ASK THE COURT TO TAKE JUDICIAL NOTICE OF THE NUMBER OF LAWSUITS POPSOCKETS HAS FILED NATIONWIDE OVER THE LAST TWO YEARS

unethical practices to restrain trade and engage in anticompetitive behavior by trolling 3rd party online sellers who cannot afford legal counsel.

## CERTIFICATE OF SERVICE

We, the undersigned, hereby certify that, on the 31st day of December, 2019, we are filing the above and foregoing document with the court using Federal Express Overnight Courier and have sent notice of this motion to the email addresses of Matthew Groves, Darren Garcia, Rajeev Adlakha and William D. Kloss, Jr., as listed below. Defendants are Pro Se and do not have access to the online PACER filing system like attorneys so Defendants are unable to e-file this motion and Defendants must send paper documents to the court.

Dated this 31st day of December, 2019

DEFENDANTS REQUEST TO ASK THE COURT TO TAKE JUDICIAL NOTICE OF THE NUMBER OF LAWSUITS POPSOCKETS HAS FILED NATIONWIDE OVER THE LAST TWO YEARS

**Lora Suzanne Wilcox,**
**Pro Se, Defendant**
9100 Independence Parkway,
#2409
Plano, Texas 75025
Telephone: 972-741-4391
E-mail: bkw3@prodigy.net
Defendant

**Bradley James Wilcox,**
**Pro Se, Defendant**
9100 Independence Parkway,
#2409
Plano, Texas 75025
Telephone: 972-741-4388
E-mail: bkw3@prodigy.net
Defendant


Matthew Groves
Groves Law, LLC
281 S. Pearl Street
Denver, CO 80209
Phone: (303) 557-0199
Email: matt@grovesllc.com
Counsel for Plaintiff PopSockets LLC


William D. Kloss, Jr. (Ohio Bar No.
0040854)
Vorys, Sater, Seymour and Pease LLC
200 Public Square
Suite 1400
Cleveland, Ohio 44114-2327
Phone (216) 479-6175
Email: wdklossjr@vorys.com
Counsel for Plaintiff PopSockets LLC


Page 5
DEFENDANTS REQUEST TO ASK THE COURT TO TAKE JUDICIAL NOTICE
OF THE NUMBER OF LAWSUITS POPSOCKETS HAS FILED NATIONWIDE
OVER THE LAST TWO YEARS

Darren Scott Garcia
Vorys Sater Seymour & Pease LLP-
Cincinnati
301 East 4th Street
Great American Tower
Suite 3500
Cincinnati, Ohio 45202
Phone (513) 723-4020
Email: dsgarcia@vorys.com
Counsel for Plaintiff PopSockets, LLC


Rajeev Kumar Adlakha
Vorys Sater Seymour & Pease LLP-
Cleveland
200 Public Square
Suite 1400
Cleveland, Ohio 44114
Phone (216) 479-6175
Email: rkadlakha@vorys.com
Counsel for Plaintiff PopSockets, LLC


Plaintiff's Address
5757 Central Ave, Boulder, CO 80301

Page 6
DEFENDANTS REQUEST TO ASK THE COURT TO TAKE JUDICIAL NOTICE
OF THE NUMBER OF LAWSUITS POPSOCKETS HAS FILED NATIONWIDE
OVER THE LAST TWO YEARS

# EXHIBIT 1

 **Party Search Results**

**Search Criteria:** Party Search; Last Name: [PopSockets ]
**Result Count:** 37 (1 page)
**Current Page:** 1

| Party Name | Case Number | Case Title | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|
| PopSockets LLC (cd) | 8:2017cv01825 | PopSockets LLC v. GiftekTM LLC et al | California Central District Court | 10/18/2017 | 04/03/2018 |
| PopSockets LLC (pla) | 8:2017cv01825 | PopSockets LLC v. GiftekTM LLC et al | California Central District Court | 10/18/2017 | 04/03/2018 |
| PopSockets LLC (pla) | 1:2018mc00222 | PopSockets LLC v. Quest USA Corp. et al | Colorado District Court | 12/07/2018 | 04/02/2019 |
| PopSockets LLC (pla) | 1:2019cv01080 | PopSockets LLC v. Wilcox | Colorado District Court | 04/12/2019 | |
| PopSockets LLC (pla) | 1:2019cv01277 | PopSockets LLC v. Online King LLC | Colorado District Court | 05/02/2019 | |
| PopSockets LLC (pla) | 1:2019cv01394 | PopSockets LLC v. Outlook FBA Corp. et al | Colorado District Court | 05/15/2019 | 10/15/2019 |
| PopSockets LLC (pla) | 1:2019cv01399 | PopSockets LLC v. Handler et al | Colorado District Court | 05/15/2019 | 10/07/2019 |
| PopSockets LLC (pla) | 1:2019cv02199 | PopSockets LLC v. Sussman | Colorado District Court | 08/01/2019 | 10/15/2019 |
| PopSockets LLC (pla) | 1:2019cv03635 | PopSockets LLC v. Gancfried et al | Colorado District Court | 12/21/2019 | |
| PopSockets LLC (pla) | 1:2019cv03636 | PopSockets LLC v. Y.E.F. Trading Inc et al | Colorado District Court | 12/21/2019 | |
| PopSockets LLC (pla) | 1:2017cv04744 | PopSockets LLC v. The Partnerships and Unincorporated Associations Identified on Schedule &quot;A&quot; | Illinois Northern District Court | 06/26/2017 | 08/02/2017 |
| PopSockets LLC (pla) | 1:2017cv06101 | PopSockets LLC v. The Partnerships and Unincorporated Associations Identified on Schedule | Illinois Northern District Court | 08/22/2017 | 10/12/2017 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | &quot;A&quot; | |
| PopSockets LLC (pla) | 1:2017cv07459 | PopSockets LLC v. The Partnerships and Unincorporated Associations Identified on Schedule &quot;A&quot; | Illinois Northern District Court | 10/16/2017 | 11/21/2017 |
| PopSockets LLC (pla) | 1:2017cv08997 | PopSockets LLC v. Ykai et al | Illinois Northern District Court | 12/14/2017 | 04/18/2018 |
| PopSockets LLC (pla) | 1:2018cv00073 | PopSockets LLC v. The Partnerships and Unincorporated Associations Identified on Schedule &quot;A&quot; | Illinois Northern District Court | 01/04/2018 | 09/11/2018 |
| PopSockets LLC (pla) | 1:2018cv03232 | PopSockets LLC v. The Partnerships and Unincorporated Associations Identified on Schedule &quot;A&quot; | Illinois Northern District Court | 05/07/2018 | 08/14/2018 |
| PopSockets LLC (pla) | 1:2018cv06364 | PopSockets LLC v. Partnerships and Unincorporated Associations Identified on Schedule &quot;A&quot;, The | Illinois Northern District Court | 09/18/2018 | 01/22/2019 |
| PopSockets LLC (pla) | 1:2018cv07444 | PopSockets LLC v. The Partnerships and Unincorporated Associations Identified on Schedule &quot;A&quot; | Illinois Northern District Court | 11/09/2018 | 01/15/2019 |
| PopSockets LLC (pla) | 1:2018cv08026 | PopSockets LLC v. The Partnerships and Unincorporated Associations Identified on Schedule &quot;A&quot; | Illinois Northern District Court | 12/06/2018 | 03/05/2019 |
| PopSockets LLC (pla) | 1:2019cv00912 | PopSockets LLC v. The | Illinois Northern District Court | 02/13/2019 | 06/24/2019 |

| | | | | | |
|---|---|---|---|---|---|
| | | Partnerships and Unincorporated Associations Identified on Schedule &quot;A&quot; | | | |
| PopSockets LLC (pla) | 1:2019cv01343 | PopSockets LLC v. The Partnerships and Unincorporated Associations Identified on Schedule &quot;A&quot; | Illinois Northern District Court | 02/25/2019 | 05/28/2019 |
| PopSockets LLC (pla) | 1:2019cv01354 | PopSockets LLC v. The Partnerships and Unincorporated Associations Identified on Schedule &quot;A&quot; | Illinois Northern District Court | 02/25/2019 | 05/29/2019 |
| PopSockets LLC (pla) | 1:2019cv01945 | PopSockets LLC v. The Partnerships and Unincorporated Associations Identified on Schedule &quot;A&quot; | Illinois Northern District Court | 03/21/2019 | 06/04/2019 |
| PopSockets LLC (pla) | 1:2019cv04046 | PopSockets LLC v. The Partnerships and Unincorporated Associations Identified on Schedule &quot;A&quot; | Illinois Northern District Court | 06/17/2019 | 08/15/2019 |
| PopSockets LLC (pla) | 1:2019cv05544 | PopSockets LLC v. The Partnerships and Unincorporated Associations Identified on Schedule &quot;A&quot; | Illinois Northern District Court | 08/16/2019 | 11/19/2019 |
| PopSockets LLC (cd) | 1:2017cv03653 | PopSockets LLC v. Quest USA Corp. et al | New York Eastern District Court | 06/16/2017 | |
| PopSockets LLC (pla) | 1:2017cv03653 | PopSockets LLC v. Quest USA Corp. et al | New York Eastern District Court | 06/16/2017 | |
| PopSockets LLC (pla) | 1:2018cv02584 | PopSockets LLC v. Quest USA | New York Eastern District | 05/01/2018 | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | Corp. et al | Court |  |  |
| PopSockets LLC (cd) | 1:2018cv02584 | PopSockets LLC v. Quest USA Corp. et al | New York Eastern District Court | 05/01/2018 |  |
| PopSockets LLC (pla) | 1:2018cv05546 | PopSockets LLC v. Quest USA Corp. et al | New York Eastern District Court | 10/03/2018 |  |
| PopSockets LLC (cd) | 1:2018cv05546 | PopSockets LLC v. Quest USA Corp. et al | New York Eastern District Court | 10/03/2018 |  |
| PopSockets LLC (dft) | 1:2019cv00200 | Crosson v. PopSockets LLC | New York Eastern District Court | 01/10/2019 | 11/22/2019 |
| PopSockets LLC (pla) | 3:2017cv02398 | PopSockets LLC v. Digital Metro USA, Inc. et al | Texas Northern District Court | 09/08/2017 | 11/06/2017 |
| PopSockets LLC (pla) | 4:2017cv02463 | PopSockets LLC v. GiftekTM LLC et al | Texas Southern District Court | 08/11/2017 | 10/23/2017 |
| Popsockets LLC (pla) | 2:2017cv00827 | Popsockets LLC v. Hueffner | Wisconsin Eastern District Court | 06/14/2017 | 07/12/2019 |
| Popsockets LLC (cd) | 2:2017cv00827 | Popsockets LLC v. Hueffner | Wisconsin Eastern District Court | 06/14/2017 | 07/12/2019 |
| PopSockets LLC (pla) | 3:2018cv00588 | PopSockets LLC v. DozTrading LLC et al | Wisconsin Western District Court | 07/27/2018 | 10/30/2018 |

| PACER Service Center | | |
|---|---|---|
| **User** | 4024kaitlyn | **Receipt** 12/29/2019 18:27:36 <u>1332032908</u> |
| **Client Code** | | |
| **Description** | All Court Types Party Search | |
| | All Courts; Name PopSockets ; All Courts; Page: 1 | |
| **Billable Pages** | 1 ($0.10) | |