**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-01080-RM-MEH

POPSOCKETS, LLC

       Plaintiff

vs.

LORA SUZANNE WILCOX,

BRADLEY JAMES WILCOX,

       and

JOHN DOES 1-10, individually or as
corporate/business entities

       Defendants

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**DEC 3 1 2019**

JEFFREY P. COLWELL
CLERK

---

**DEFENDANTS REQUEST TO ASK THE COURT TO TAKE JUDICIAL NOTICE OF NEGATIVE POPSOCKETS REVIEWS POSTED ONLINE**

---

Defendants ask the court to take judicial notice of a sample of negative PopSockets reviews pulled from PopSockets Facebook page and the Better Business Bureau website. The reviews, attached as "Exhibit 1", clearly show and prove PopSockets has quality control problems within their own corporate structure and that PopSockets clearly does not practice or exercise the quality controls they so wrongfully accuse 3rd party online sellers of not doing. The

reviews further prove and provide evidence of how PopSockets does not ensure quality of their products and how PopSockets clearly does not take care of their buyers and customers after the sale and after a buyer buys a PopSockets item directly from the brand thru their website. This evidence is rather ironic since PopSockets likes to make baseless quality control allegations and warranty allegations in their lawsuit filings against 3rd party sellers. A company, who cannot take care of their own direct customers and ship out defective free products to their buyers has no basis to be accusing other 3rd party sellers of any quality control issues, which are generally non-existent with third party sellers. When 3rd party buyers do post reviews online, they are reviewing the product and not the seller. A search on Google will clearly produce 10's of thousands of negative reviews for the PopSockets products. These reviews can be found on target,com, google.com, facebook,com, bestbuy.com, walmart.com and amazon.com to name just a few. It is quite ironic PopSockets makes baseless quality control allegations against 3rd party online sellers when PopSockets clearly does not practice the same quality controls nor does PopSockets take care of their buyers / customers after the sale from their website. The reviews on Facebook can clearly be corroborated and proved as the name of the person posting the review is present on each review and the person can be sent a message asking them to verify and corroborate the reviews.

DEFENDANTS REQUEST TO ASK THE COURT TO TAKE JUDICIAL NOTICE OF NEGATIVE POPSOCKETS REVIEWS POSTED ONLINE

## CERTIFICATE OF SERVICE

We, the undersigned, hereby certify that, on the 31st day of December, 2019, we are filing the above and foregoing document with the court using Federal Express Overnight Courier and have sent notice of this motion to the email addresses of Matthew Groves, Darren Garcia, Rajeev Adlakha and William D. Kloss, Jr., as listed below. Defendants are Pro Se and do not have access to the online PACER filing system like attorneys so Defendants are unable to e-file this motion and Defendants must send paper documents to the court.

Dated this 31st day of December, 2019

**Lora Suzanne Wilcox,**
**Pro Se, Defendant**
9100 Independence Parkway, #2409
Plano, Texas 75025
Telephone: 972-741-4391
E-mail: bkw3@prodigy.net
Defendant

**Bradley James Wilcox,**
**Pro Se, Defendant**
9100 Independence Parkway, #2409
Plano, Texas 75025
Telephone: 972-741-4388
E-mail: bkw3@prodigy.net
Defendant

Matthew Groves
Groves Law, LLC
281 S. Pearl Street

Page 3
DEFENDANTS REQUEST TO ASK THE COURT TO TAKE JUDICIAL NOTICE
OF NEGATIVE POPSOCKETS REVIEWS POSTED ONLINE

Denver, CO 80209

Phone: (303) 557-0199
Email: matt@grovesllc.com
Counsel for Plaintiff PopSockets LLC

William D. Kloss, Jr. (Ohio Bar No.
0040854)
Vorys, Sater, Seymour and Pease LLC
200 Public Square
Suite 1400
Cleveland, Ohio 44114-2327
Phone (216) 479-6175
Email: wdklossjr@vorys.com
Counsel for Plaintiff PopSockets LLC

Darren Scott Garcia
Vorys Sater Seymour & Pease LLP-
Cincinnati
301 East 4th Street
Great American Tower
Suite 3500
Cincinnati, Ohio 45202
Phone (513) 723-4020
Email: dsgarcia@vorys.com
Counsel for Plaintiff PopSockets, LLC

Rajeev Kumar Adlakha
Vorys Sater Seymour & Pease LLP-
Cleveland
200 Public Square
Suite 1400
Cleveland, Ohio 44114
Phone (216) 479-6175
Email: rkadlakha@vorys.com
Counsel for Plaintiff PopSockets, LLC

Plaintiff's Address
5757 Central Ave, Boulder, CO 80301

DEFENDANTS REQUEST TO ASK THE COURT TO TAKE JUDICIAL NOTICE
OF NEGATIVE POPSOCKETS REVIEWS POSTED ONLINE

# EXHIBIT 1

 **Better Business Bureau®**

Home > Colorado > Boulder > Cell Phone Equipment > PopSockets LLC > Complaints

**«** Complaints

# Complaints

 **PopSockets LLC**

📍 3033 Sterling Circle
Boulder, CO 80301

🌐 http://www.popsockets.
com

---

**Complaint Type:** Problems with Product/Service        **Status:** Resolved

12/10/2019

 I ordered a product on November 28th. I recieved confirmation of the order but that was were it ended. It is now December 10th. This was supposed to be a gift for Christmas and it still has not shipped. The link to my order still shows "not shipped". I have tried multiple times contacting them through their only means of communication, email, and recieved only one response. The response was from Jesus Colin on Dec 6th. He claimed he would contact someone else in the fulfillment team to find out what was going on. I recieved no further communication after that email. I have sent more emails than I can count to find out why my order is in limbo, and all I get back is auto responses. I wanted this item for someone for Christmas and at this point I doubt it will make it here. I'm extremely upset with the way this ISN'T being handled.

---

**Complaint Type:** Problems with Product/Service        **Status:** Answered

10/30/2019

 The PopSocket I received on my original purchase was not sticky. They said they would replace it. It took days to go through that process but they finally mailed me a new base. However, when I received the envelope it included a invoice only- no PopSocket! I have reached out multiple times with no response. They only have an email customer service and no phone contact.

---

**Complaint Type:** Problems with Product/Service        **Status:** Resolved



10/28/2019

I deeply regret ordering from this company both in terms of product quality and customer service. This has genuinely been one of the worst product/customer experiences I have ever had. Timeline of Events: 1) Received an enamel Popsocket with a defective mount which I tried to reattached multiple times over several days. I contacted customer service and they sent me a replacement mount, but not a replacement of the whole PopSocket. 2) Received the replacement mount but when I went to swap out the PopSocket, it was also defective and broke off. I have not had these issues with previous PopSocket products. 3) Contacted customer service for a replacement but they were sold out of that design. I went back and forth with someone for over a week trying to get another replacement. It took sometimes took them days to respond in between messages. 4) Incredibly frustrated by this point, I contacted PopSockets via Facebook. They placed an order for a replacement which I received a con...

**Complaint Type:** Delivery Issues      **Status:** Resolved



10/22/2019

I ordered the popsocket wallet+ on Wednesday 10/16. I was a little suspicious the next day when I saw that my order still hadn't shipped, but I decided to give them the benefit of the doubt and give them three days to ship my tiny little order. On 10/17 when I saw that my order STILL HADNT SHIPPED I emailed customer service and a representative got back to me in a fairly reasonable amount of time. They told me that their system was going through updates and that they would ship my order first thing on 10/21. It is now Tuesday 10/22 and my order still has not shipped. I sent another email to the company on 10/21 and I'm still waiting for a response (surprise surprise). I have never had to write a BBB complaint before this, but no company has frustrated me as much as PopSockets.com has. I'm starting to get nervous about the safety of my money and all I want is my shipment. If you're debating on purchasing from PopSockets.com, let me save you the hassle and the frustration: go somewhere e...

**Complaint Type:** Problems with Product/Service      **Status:** Answered



07/20/2019

I placed an order for a popwallet on 7/16. I put in all the necessary information and placed my order. I never got a order number or a confirmation email, and even though I put in my phone number to get text updates on my order, after 5 days I haven't gotten any. After a few days I started getting antsy, so I looked up their customer service and saw that you could only email them. So I did, three times, and haven't gotten an answer from any of them. I also DMed them on Instagram and got one reply and none after that. The customer service for this company is horrible. A 5 minute phone call could've cleared this all up, but instead i'm left in the dark trying to reach out to Popsocket in any way that I can. If you're going to buy a popsocket, do it through a 3rd party, at least that way you can actually have customer service to help you. Definitely never buying from popsocket.com or recommending it again.

**Complaint Type:** Delivery Issues     **Status:** Resolved



05/07/2019

Ordered a product from Popsockets on 4/24/19. I ordered directly from their website because I thought they should get the business rather than a thrid party. Big mistake, should have just ordered on Amazon. Got the confirmation email from my order(#*******) and it says it will ship in 2-3 days. Received a shipping confirmation on 4/25. Then it just never showed up, they never actually gave it to DHL to ship. So you'd think they would notice that this product never actually shipped. But I had reach out on 5/3/19 about my order, which is super frustrating because there is no customer service phone number, you can only email. Got an email back that day saying they were looking into it. Still hadn't heard back by 5/6/19 so I emailed again......four hours go by and still no response so I email again. Finally get a response on 5/6 that they lost my order but will "reship and expedite your order, making sure it is shipped out correctly." So I email back saying to please send it to me as soon...

**Complaint Type:** Delivery Issues     **Status:** Answered



02/20/2019

I placed an order that was not delivered. I reached out to the company multiple times and it IMPOSSIBLE to get help! I can't speak to a human being and can't get anyone to help me figure out what's going on with my order. This has been one of the worst online purchasing experiences I've ever had!! Please read this before buying from this company!! Don't waste your time or money on this company!

**Complaint Type:** Problems with Product/Service     **Status:** Answered



01/24/2019

Order *******. Placed my order and it was immediately cancelled. I received no email or explanation as to why!

**Complaint Type:** Problems with Product/Service     **Status:** Answered



01/04/2019

Popsocket will not stick to phone. I followed the directions that was on the package and the ones that is listed on their site. I emailed(more than 1) ps customer service asking for a refund. No one has responded. I have had a ps before that I purchased through an actual store and had NO problems with it. Order # *******

**Complaint Type:** Problems with Product/Service     **Status:** Answered



12/28/2018

i just talk to pop socket again just a few minutes go and i getting the same run around we ship it out all ready we can't help you there is information in your email well i copy it and show them that was not what there were saying to me ... and i even talk to a manger and he was lying to me too ...

---

**Complaint Type:** Delivery Issues      **Status:** Resolved



12/23/2018

I ordered two custom pop sockets about a month ago, and they said they shipped but i never got them delievered and they took my money. I would like a redund because they werent cheap and ive never had this problem. I will never shop at pop sockets again.

---

**Complaint Type:** Delivery Issues      **Status:** Answered



12/19/2018

I placed my order with Popsockets on 12/17 and paid an additional 28.83 for next day air shipping. I checked the UPS tracking number # ****************** it said was scheduled for delivery yesterday with no delivery. I checked the same shipping information this am and was told there was a late flight by UPS. I spoke with a guy named Johnathan on Popsockets chat yesterday at 4:30 and explained to him the situation he said he would refund my money if my package was not delivered by 5 PM when our business closed. he said he would email in an hour to check and see if I recieved my package and never did. I under stand that we cant control flights but i paid to have my package here in 1 day and I am in the sales business and if we ship something UPS and it doesn't arrive on time its up to us to credit our customer and then deal with UPS. I paid almost the same amount in shipping as i did for my purchase to get it here in time for Christmas.

---

**Complaint Type:** Advertising/Sales Issues      **Status:** Answered



11/09/2018

Good day, I placed an order with Popsockets on 10/30 for 4 items: 1x Car Vent Mount for $15.00 each, 1x Black Multi-Surface Mount for $10.00 each, 1x Sloths-A-Lot - / for $10.00 each, 1x 33RPM - Black / None for $8.00 each. The popsocket does not stick to my iphone or my iphone case and is absolutely not reliable. Of course I opened every item so that I could start using it right away, and it wasn't until I was about a half day into using the actual popsocket that is started to continually fail. I proceeded to message Popsockets about this issue requesting a refund. They told me the following: ******** (PopSockets) Nov 8, 6:12 PM MST Hi ****, Thank you for reaching out to us! I'll be more than happy to assist you with this. I'm sorry your PopSocket isn't sticking. Would you be so kind in helping me try the following steps? - Rinse the PopSocket's gel. - Let it dry for no more than 10 min. - Stick it to your phone/phone case and leave it still for an hour. This...

**Complaint Type:** Guarantee/Warranty Issues      **Status:** Resolved



08/31/2018

I purchased 2 PopSockets and 2 car mounts at the end of December 2017 and the advertising indicated they would last for up to 3 times after they are moved. I didn't Move my popsocket at all and it fell off 6 months after having it. I moved my car mount once because I bought a new car and it stopped working completely. I tried every trick they have on their website for both of them and the gel would NOT become sticky again. I contact PopSockets asking to BUY GEL replacements. I'm told NO but they will send prosecutors replacements as part of their warranty. I question why because I only need the gel and it's a total waste of money. They send the replacements anyway and the new popsocket falls off my phone TWOdays after I get it. I followed all the instructions to put it on and all the instructions to deactivate the gel. I even used another case I had. It would not work. They refuse to let me buy replacement gel. They are offering me some stupid 10% off code to buy ANOTHER brand new pop...

**Complaint Type:** Problems with Product/Service      **Status:** Answered



02/07/2018

I ordered custom popsockets from ******* in Canada. They produced them and shipped them to me. I took a photo of them to show off this cool product and popsockets reported me to ******** for trademark violation and ******** has disabled my account. I run a real estate business and am trying to resolve this issue to get my ******** account reactived and popsockets will not respond. The email that alleged the complaint was fakes@popsockets.com I have sent two emails and they have completely ignored me while causing harm to my business. ******** indicated I have to deal directly with the company to have the violation claim revoked and they will not respond after I spent thousands of dollars and order 500 popsockets!

**Complaint Type:** Problems with Product/Service      **Status:** Answered



12/22/2017

Purchased products (50!) from this company to promote my makeup business. I gave the product away for free with purchase of my lipstick. I paid a lot of money for the purchase of this company's products. Popsockets LLC marked my posts/pictures on ******** as Trademark Violations - due to this- and only this- my ******** was disabled. I reviewed this information with legal counsel and I know I did not infringe on their trademark rights. I was not pretending to be them, acting as them, using their logo, or acting as a representative of their company. My name did not contain Popsockets. I gave no indication of being associated with them. I have repeatedly called this company and emailed numerous times. I have sent a formal request for information with an included deadline and have not received response back. I have contacted them by all means available. Due to their haphazard flagging I have not had access to my ******** and all applications connected to it. I have lost all of...

**Complaint Type:** Problems with Product/Service       **Status:** Answered



12/21/2017

It appears that they have charge me twice and now they lied to me saying that can and will not take phone calls. Even though I called them this a,m to explain. I spoke with an employee to was confused and sorta helpful But not really. I am Very concerned that they ONE: charged mt twice and TWO: will not deliver the ordered product. What do I do?? Online shopping seems scare and weird.

**Complaint Type:** Problems with Product/Service       **Status:** Answered



12/14/2017

I bought a pop socket and car mount for £17.98 total. The pop socket did not look as advertised and I wanted to return it for another one but they said that I would have to pay for postage to return this which I do not think is fair for something that is not my fault. Nor did they offer an reimbursement. I didn't see the point in paying for a return and then paying for another order as it's only £9.99. The car mount also did not stick after multiply tries or after using the replacement tab. I emailed them again saying this was faulty but they replied back saying that they have never had a fault before *eye roll* and as I had already opened the item, I could not return this. I was pretty shocked to hear this so I emailed again. They then offered to inspect the item if I paid to sent it to them. I emailed again as i was annoyed at this point and then they said they will issue a return for the car mount but again offered nothing for postage for the return. They said they are going above a...

**Complaint Type:** Problems with Product/Service       **Status:** Resolved



11/28/2017

On Friday November 24 I transferred my popsocket to my new phone. In the process it decided not to stick. I followed the instructions given by the company in order to fix this situation. When that did not work I contact them. They responsed almost immediately and asked for photos of the issues. I sent the photos and they responded that I was going to get a free popsocket to replace the one I have. They sent a coupon code. I followed the instructions given to me by once again this company. The code did not work. I contacted them again. And have been since Saturday November 25. Not one person has answered me. It's such a terrible thing to not be answered and to love a product and have the company be so rude.

**Complaint Type:** Delivery Issues       **Status:** Answered



11/15/2017

I placed an order for two products and paid for them. The money came out of my account the same day. This was in September. I received an email confirming my order and giving me the order number. After two weeks I hadn't received the products and emailed the company with the link they provided in the email. I received no response. Then my husband tried to call them and they wouldn't talk to him. Here we are in mid November and no email and no product. I sent another email and have still not gotten any form of response. I get that mistakes happen. But this is neglect to ignore emails and calls. They sure took the money tho.



Load More

BBB Business Profiles may not be reproduced for sales or promotional purposes

BBB Business Profiles are provided solely to assist you in exercising your own best judgment. BBB asks third parties who publish complaints, reviews and/or responses on this website to affirm that the information provided is accurate. However, BBB does not verify the accuracy of information provided by third parties, and does not guarantee the accuracy of any information in Business Profiles.

When considering complaint information, please take into account the company's size and volume of transactions, and understand that the nature of complaints and a firm's responses to them are often more important than the number of complaints.

BBB Business Profiles generally cover a three-year reporting period. BBB Business Profiles are subject to change at any time. If you choose to do business with this business, please let the business know that you contacted BBB for a BBB Business Profile.

As a matter of policy, BBB does not endorse any product, service or business.

©2019, International Association of Better Business Bureaus, Inc., separately incorporated Better Business Bureau organizations in the US, Canada and Mexico and BBB Institute for Marketplace Trust, Inc. All rights reserved.

■ **facebook.com**

Bing   Google   Yahoo   Favorites   Consequen...he Manager   Get a micro...ness Insider   How to tell...JOURNAL   •••

De   Pro Se C   Abilities...   Tricks Of...   Should an...   Amazon   Amazon.c...   R. Kelly -...   ⊗ compa...

← This company goes after small fish and has facebook delete their accounts. Unknowing small fi...

 **Fe Krubl** reviewed **PopSockets** — 🔞
July 17, 2018 at 2:55 PM · 🌐                                   •••

This company goes after small fish and has facebook delete their accounts. Unknowing small fish that were selling knock off PopSockets, unbeknownst to them, from a third party maker on a consultant-type basis. Instead of going after the actual maker, they go after the sellers. And instead of issuing a warning, they have entire facebook accounts deleted. How lame. Are you that desperate? Are you that insecure in your product? Everyone has knock offs. And frankly, to be imitated is to be complemented. Make your product better than the knock off. But bottom line is, a small mom-and-pop shop got it's personal facebook account deleted after years and years and years of memories being stored on it. And for what? For THIS brand, PopSockets to throw their weight around. Do you not have bigger fish to fry? No it wasn't me. A close friend had sold a literal handful on facebook. But for this reason I will NEVER buy from this company. Facebook said it was at THEIR request. A warning concerning copyright and what-not would have been adequate. Remove the post. Suspend the account temporarily. Awesome. I get it. But don't overstep your bounds and delete memories. Because after all...... we all are only supposed to have ONE account, are we not?! That's a big Facebook rule. Real Account. One Account. Think before you delete. Give a person a chance. Shame on PopSockets. And shame on Facebook.



**PopSockets** ✔
Electronics
295,570 likes

👍

👍 Like          💬 Comment          ↪ Share

👍❤️😆 12

 **Robert M. Watson**
Yup they sure do happened to my wife
1 yr   Like   Reply   More

 **Schmidt Jen**
They are even going after people that post personal photos of their own bought

oogle    Yahoo    Favorites    Consequen...he Manager    Get a micro...ness Insider    How to tell...JOURNAL

| Pro Se C | Abilities... | Tricks Of... | Should an... | Amazon | Amazon.c... | R. Kelly -... | ⊗ |

**Stacey Langston** 💬 doesn't recommend **PopSockets**.  ⋯

about a week ago · 🌐

There isn't any way to directly contact customer service to determine what the order status is. I ordered 10 days ago and still have not received my items. I contacted the company through their "email" system over 48 hours ago and have not heard from anyone. You may want to think twice about ordering from them for Christmas. It would be nice to hear from someone!

👍 1                                                                                   2 Comments

👍 Like                                                              💬 Comment

**Lauren India** 💬 doesn't recommend **PopSockets**.  ⋯

about 2 years ago · 🌐

1 star

Pretty upset, I love the concept but the socket didn't last a month. The adhesive started breaking off and I googled how to clean it and tried that but no matter what I did the adhesive won't stick anymore. I'm... More

3 Comments

👍 Like                           💬 Comment                          ↪ Share

**Ginger Hollner** 💬 doesn't recommend **PopSockets**.  ⋯

on Wednesday · 🌐

I used to love pop sockets but I have given up on them. I literally bought two in the last 6 months that won't stick to my life proof case. I emailed with customer service the first time it happened and the second time I didn't feel like going through the process, because it was frustrating. On top of that I had to buy a new phone like 6 months ago because my screen completely smash on because I had a pop socket on my phone when it fell off a table (which I have drop my phone probably a million times with and without a case on and never had that happen). It's sad because I love the idea of the product, but seeing that the quality has declined I'm done.

👍 **Like**          💬 **Comment**          ↗ **Share**

---

**Shannon Stephens** 💬 doesn't recommend **PopSockets**.          •••

about a month ago · 🌐

Never again. I would get these for myself, my husband and kids. Would have them personalized. I will not be ordering more as their quality has gone to crap. The new style is horrendous. They do not stick. The only reason mine is on is thanks to gorilla glue. I've taken pictures and done emails as requested to show them and nothing. It's sad but I will not be buying another one. Which stinks cause I've got the mounts in all my vehicles but does no good when it pops off and your phone is on the floor. The original PopSocket was the best and actually worked. Then they became popular and the quality of their product went to crap since they made a name for themselves so they started cutting corners to make them cheap and it shows.

1 Comment

👍 **Like**                    💬 **Comment**

---

**Kimberly Marie Williams** 💬 doesn't recommend **PopSockets**.          •••

about a year ago · 🌐

**1 star**

This company had my friend's Facebook account deactivated because she referred to a "knock off" brand as a Pop Socket. It was the same as someone calling a can of soda a "Coke"... cause it's just part of the... More

😲👍❤ 7                                                   3 Comments

👍 **Like**          💬 **Comment**          ↗ **Share**

---

**Melanie Giuffre Collins** 💬 doesn't recommend **PopSockets**.          •••

about a month ago · 🌐

The product does not stick at all . I contacted customer service and they never responded!

1 Comment

 **Rick Sanchez** 💬 doesn't recommend **PopSockets**.

on Sunday · 🌐

I ordered 6 minis and 2 pop lips because they looked amazing. When they arrived they were amazing, unfortunately they popped off so insanely easy just carrying the phone normally so now I've lost 2 minis and the new pop lips 😫 😫 The pop lips were probably my favorite with the lip gloss and the minis were pretty cool designed punk rock but the sticky on them barely held onto my pixel 2xl with no case. My wife's going to be pissed when she finds out the pop lips went missing after falling off though 😔 here's a Pic of how amazing they looked on the phone with a case that didn't get lost however when put directly onto the back of a pixel 2xl they just won't stick and there was nothing that reflected this was an issue.

Customer service is non existent on the website unfortunately 😔



2 Comments

👍 Like          💬 Comment

---

 **Tricia Ambika** 💬 doesn't recommend **PopSockets**.

about a year ago · 🌐

**1 star**

I loved pop sockets at first, but their quality and customer service have gone downhill. I replaced my first one (that held on for months and months without budging) when I got a new phone case. I bought a new popsocket at Michaels and it NEVER stuck. Popsocket support was great and sent me a coupon for a free one from their website. I ordered one and it came in with totally faded/blurry colors that did not match photos on their site. I sent that one back and they replaced it with my second choice which has lasted about 2 months and now falls off ever time I use it. They won't replace it again and I am out of luck. No more popsockets for me 😔

👍❤️😊 9                                          15 Comments

👍 Like          💬 Comment          ↗ Share

---

 **Vikki Prine Goodwin** 💬 doesn't recommend **PopSockets**.

about a week ago · 🌐

I was soooo excited about my order for grand child. Received email that order had been cancelled..NO EXPLANATION.. So disappointed. She asked specifically for the popgrip lips so I ordered 2 with refills while they were on sale. So much for sale items..UGH....

4 Comments

 **Shop Now**



**Peach Sanchez** 💬 doesn't recommend **PopSockets**.
on Monday · 🌐

The circle part cracked and now my popsocket won't work. 2nd one to break in less than 5 months. The other lost it's sticky and fell off while I was at work so I never found it. Tried to contact customer service and no one answered 😞

1 Comment

👍 Like          💬 Comment

---

**Alyssa Miller** 💬 recommends **PopSockets**.
about a year ago · 🌐

**4 stars**

I got my first popsocket about a year ago and put it on a lifeproof case and it stuck perfectly. Loved it so much. And I broke the life proof case and had to get a new one. And the pop socket was extremely... More

3 Comments

👍 Like          💬 Comment          ↪ Share

---

**Rick Sanchez** 💬 doesn't recommend **PopSockets**.
on Sunday · 🌐

I ordered 6 minis and 2 pop lips because they looked amazing. When they arrived they were amazing, unfortunately they popped off so insanely easy just carrying the phone normally so now I've lost 2 minis and... More



2 Comments

👍 Like          💬 Comment

---

**Tricia Ambika** 💬 doesn't recommend **PopSockets**.
about a year ago · 🌐

**1 star**

I loved pop sockets at first, but their quality and customer service have gone downhill. I replaced my first one (that held on for months and months without budging) when I got a new phone case. I bought a... More

🔲 Shop Now          💬          ⋯

**Lyndsie Erickson** 💬 doesn't recommend **PopSockets**.
last Saturday · 🌐

Worst customer service ever. Spent $20 on a grip 2 months ago that doesn't stick. Don't waste your $$ or time trying to get in touch with them. I've emailed multiple times and Facebook message to no avail. It's sad til because I was going to make everyone in my family custom grips, but not after this. Buyer beware!!

2 Comments

👍 Like          💬 Comment

**Ramsey Cruise Long** 💬 doesn't recommend **PopSockets**.
about 2 years ago · 🌐

star

I actually used to love them but they don't seem to work anymore. I had one for months and it was great. I got a new phone and case so I got a new pop socket and it wouldn't stick. I contacted them to see how... More

👍 8          18 Comments

👍 Like          💬 Comment          ↗ Share

**Melissa Zurek Simpson** 💬 doesn't recommend **PopSockets**.
about a week ago · 🌐

Customer service is terrible! I ordered an otter and pop case for my iPhone 11 the wrong case arrived and cannot get anyone to contact me back. I can't find any number to call very disappointed!!!

👍 2          8 Comments

👍 Like          💬 Comment

I've bought 4 pop sockets thinking that each new one will actually stick to my phone! That's about 40 bucks in wasted purchases for these cute and crappy things to fall off sometimes within minutes of using them for the first time. So disappointed.

👍 Like        💬 Comment

**Melissa Young** ✪ doesn't recommend **PopSockets**.
about 2 years ago · 🌐

1 star

Just ordered and received from Amazon. Handke immediately case loose from the socket. Can not secure. Waste of $10.

👍 Like        💬 Comment        ↪ Share

**Adriana Ferretiz** ✪ doesn't recommend **PopSockets**.
about 7 months ago · 🌐

I have bought popsockets before that were good but the last two I just bought were crap!! They will NOT stick!!! Both fell off within 2 hours of putting them on. So disappointed!

**Melissa Widomski** ✪ doesn't recommend **PopSockets**.
about 4 months ago · 🌐

Super disappointed with your customer service. My boyfriend purchased a customized popsocket for me for my birthday. The first day using it I pulled it to open it and it completely came apart. He reached out to customer service and they responded they wanted pictures. He responded with pictures of the broken popsocket and now no one will reach back out to him!

8 Comments

👍 Like          💬 Comment          ↱ Share

**سلطان يعرب** ✪ doesn't recommend **PopSockets**.
about a year ago · 🌐 ✪

1 star

Price ✪

👍 Like          💬 Comment          ↱ Share

🔒 **facebook.com**

...oblem one time and I emailed customer service and within an hour they rep...placement.

👍 Like          💬 Comment          ↱ Share

---

...ie Ullmer ✅ doesn't recommend **PopSockets**.

...t 3 weeks ago · 🌐

...a custom popgrip and when I got it the image was very noticeably off cent... ...and got a response suggesting I reorder and use a 30% off code. I'm not ...more money because they made a mistake.

👍 Like          💬 Comment