
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-01080-RM-MEH

POPSOCKETS, LLC

    Plaintiff

vs.

LORA SUZANNE WILCOX,

BRADLEY JAMES WILCOX,

    and

JOHN DOES 1-10, individually or as corporate/business entities

    Defendants

**FILED**
UNITED STATES DISTRICT COURT
DENVER COLORADO
DEC 31 2019
JEFFREY P. COLWELL
CLERK

---

DEFENDANTS FILING OF EMAIL COMMUNICATIONS BETWEEN MR. WILCOX AND CHAMBERS ON 12-27-2019

---

**DEFENDANTS FILING OF EMAIL COMMUNICATIONS BETWEEN MR. WILCOX AND CHAMBERS ON 12-27-2019**

From: **Hegarty Chambers**
hegarty_chambers@cod.uscourts.gov
Subject: **RE: 1:19-cv-01080-RM-MEH PopSockets LLC v. Wilcox - Request for discovery dispute conference**
Date: **Dec 27, 2019 at 4:52:37 PM**
To: **Bradley Wilcox** bkw3@prodigy.net
Cc: **matt@grovesllc.com, Adlakha, Rajeev K.** rkadlakha@vorys.com, **Garcia, Daren S.** dsgarcia@vorys.com, **wdklossjr_vorys.com** wdklossjr@vorys.com

**Thank you for clarifying, Mr. Wilcox. I am authorized to accept by email an unopposed request to reschedule a conference (see Judge Hegarty's December 6, 2019 minute order, to which you refer). Are you requesting that the January 6, 2020 conference be rescheduled? If yes, have you conferred with the Plaintiff as to whether it consents to or opposes the request?**

**-----Original Message-----**
**From: Bradley Wilcox <bkw3@prodigy.net>**
**Sent: Friday, December 27, 2019 3:06 PM**
**To: Hegarty Chambers <hegarty_chambers@cod.uscourts.gov>**
**Cc: matt@grovesllc.com; Adlakha, Rajeev K. <rkadlakha@vorys.com>; Garcia, Daren S. <dsgarcia@vorys.com>; wdklossjr_vorys.com <wdklossjr@vorys.com>**

Subject: Re: 1:19-cv-01080-RM-MEH PopSockets LLC v. Wilcox - Request for discovery dispute conference

His letter from 12-6-19 directed me to contact chambers if there is a problem with the 1-6-2020 date.

Sent from my iPad

> On Dec 27, 2019, at 3:59 PM, Hegarty Chambers <hegarty_chambers@cod.uscourts.gov> wrote:
>
> Mr. Wilcox,
>
> Judge Hegarty (including his staff) does not accept communications by the parties unless otherwise requested or ordered. Please see D.C. Colo. LCivR 77.2 ("Unless otherwise ordered, a party to or an attorney in a

proceeding shall not communicate directly about the proceeding in any manner with a judicial officer assigned to the proceeding.").

Thank you,

Kristina James, Law Clerk
Chambers of U.S. Magistrate Judge Michael E. Hegarty
United States
District Court for the District of Colorado
901 19th Street, Room A542
Denver, Colorado 80294
303-844-4507

-----Original Message-----

From: Bradley Wilcox <bkw3@prodigy.net>
Sent: Friday, December 27, 2019 2:46 PM
To: matt@grovesllc.com
Cc: Hegarty Chambers <hegarty_chambers@cod.uscourts.gov>; Adlakha, Rajeev K. <rkadlakha@vorys.com>; david.barnett@popsockets.com
Subject: 1:19-cv-01080-RM-MEH PopSockets LLC v. Wilcox - Request for
discovery dispute conference

Christina,

I received the judge's order today in the mail regarding our morion to dismiss for lack of jurisdiction. The judge denied the motion. I will be filing a Notice of Appeal prior to 1-6-2020. This Notice of Appeal filing is going to cancel

the 1-6-2020 hearing date and freeze the case, correct?

In the event the hearing will still commence, does Lora have to be present on the call or can we get her dismissed? She works in corporate America. Her company is in year-end the whole month of January. Employees are not permitted to take time off in January. Lora has no involvement in the business and only her name is on the Amazon account. She should not even be named in the suit or be bothered with all this nonsense plaintiff is creating for me and the court. I am a one man shop and run and operate the business all by myself. Lora will have no information to provide and can't really answer any questions about the operation so the hearing will be a waste of time for her.

## CERTIFICATE OF SERVICE

We, the undersigned, hereby certify that, on the 31st day of December, 2019, we are filing the above and foregoing document with the court using Federal Express Overnight Courier and have sent notice of this motion to the email addresses of Matthew Groves, Darren Garcia, Rajeev Adlakha and William D. Kloss, Jr., as listed below. Defendants are Pro Se and do not have access to the online PACER filing system like attorneys so Defendants are unable to e-file this motion and Defendants must send paper documents to the court.

Dated this 31st day of December, 2019

_____
Lora Suzanne Wilcox,
Pro Se, Defendant
9100 Independence Parkway,
#2409
Plano, Texas 75025
Telephone: 972-741-4391
E-mail: bkw3@prodigy.net
Defendant

_____
Bradley James Wilcox,
Pro Se, Defendant
9100 Independence Parkway,
#2409
Plano, Texas 75025
Telephone: 972-741-4388
E-mail: bkw3@prodigy.net
Defendant

Matthew Groves
Groves Law, LLC
281 S. Pearl Street
Denver, CO 80209
Phone: (303) 557-0199
Email: matt@grovesllc.com
Counsel for Plaintiff PopSockets LLC

William D. Kloss, Jr. (Ohio Bar No. 0040854)
Vorys, Sater, Seymour and Pease LLC
200 Public Square
Suite 1400
Cleveland, Ohio 44114-2327
Phone (216) 479-6175
Email: wdklossjr@vorys.com
Counsel for Plaintiff PopSockets LLC

Darren Scott Garcia
Vorys Sater Seymour & Pease LLP-Cincinnati
301 East 4th Street
Great American Tower
Suite 3500
Cincinnati, Ohio 45202
Phone (513) 723-4020
Email: dsgarcia@vorys.com
Counsel for Plaintiff PopSockets, LLC

Rajeev Kumar Adlakha
Vorys Sater Seymour & Pease LLP-Cleveland
200 Public Square
Suite 1400
Cleveland, Ohio 44114
Phone (216) 479-6175
Email: rkadlakha@vorys.com
Counsel for Plaintiff PopSockets, LLC

Plaintiff's Address
5757 Central Ave, Boulder, CO 80301