IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-01080-RM-MEH

POPSOCKETS, LLC

    Plaintiff

vs.

LORA SUZANNE WILCOX,

BRADLEY JAMES WILCOX,

    and

JOHN DOES 1-10, individually or as corporate/business entities

    Defendants

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
DEC 31 2019
JEFFREY P. COLWELL
CLERK

---

DEFENDANTS FILING OF EMAIL COMMUNICATIONS - BATCH #1

---

Page 1
**DEFENDANTS FILING OF EMAIL COMMUNICATIONS - BATCH #1**

## On Dec 5, 2019, at 8:06 AM, Hegarty Chambers <hegarty_chambers@cod.uscourts.gov> wrote:

Thank you for your message. Judge Hegarty was to preside over a two-week jury trial commencing December 2, 2019; however, the trial was continued. He is now available next Monday, Tuesday, or Wednesday between 10:00 a.m. and noon. Are the parties available on any of those days?

Kristina

Chambers of U.S. Magistrate Judge Michael E. Hegarty
United States District Court for the District of Colorado
901 19th Street, Room A542
Denver, Colorado 80294
303-844-4507

---

**From:** Bradley Wilcox <bkw3@prodigy.net>
**Sent:** Wednesday, December 4, 2019 5:09 PM
**To:** Hegarty Chambers <hegarty_chambers@cod.uscourts.gov>
**Cc:** matt@grovesllc.com; Adlakha, Rajeev K. <rkadlakha@vorys.com>; david.barnett@popsockets.com
**Subject:** Re: 1:19-cv-01080-RM-MEH PopSockets LLC v. Wilcox - Request for discovery dispute conference

We are not available on 12-18-19. Groves did not contact us to check our schedule prior to sending the original email request to you.

Sent from my iPad

On Nov 29, 2019, at 8:02 AM, Hegarty Chambers <hegarty_chambers@cod.uscourts.gov> wrote:

Mr. Wilcox,

The sole purpose of the current communication is to schedule a discovery conference at which Judge Hegarty will address any discovery dispute(s) between the parties. Are you available to appear for a conference on December 18, 2019 at 1:00 p.m. (Mountain)?

Thank you,

Kristina

Chambers of U.S. Magistrate Judge Michael E. Hegarty
United States District Court for the District of Colorado
901 19th Street, Room A542
Denver, Colorado 80294
303-844-4507

**From:** Bradley Wilcox <bkw3@prodigy.net>

**Sent:** Wednesday, November 27, 2019 5:39 PM
**To:** matt@grovesllc.com
**Cc:** Hegarty Chambers <hegarty_chambers@cod.uscourts.gov>; Adlakha, Rajeev K. <rkadlakha@vorys.com>; david.barnett@popsockets.com
**Subject:** Re: 1:19-cv-01080-RM-MEH PopSockets LLC v. Wilcox - Request for discovery dispute conference

I sent Groves an email towards the end of September 2019 and asked him to advise me as to when he would like to discuss the discovery issues. Did not hear a word from Groves or Rajeev until this email today, after they ran to the court. Also informed Groves, Vorys and CEO David Barnett back in Sept 2019 that we are turning our case over to Texas Attorney General, Ken Paxton, for deceptive business and trade practices, corruption and fraud. The AG case number was provided to all parties. Will send this email to the AG also to add to our case.

The triangular relationship between TriGuardian, Vorys and iServe will be exposed. This case is not about a real trademark dispute. This case is about getting rid of competition and price fixing. TriGuardian refers clients to Vorys. Vorys then goes after the clients 3rd party sellers and uses false and fraudulent claims and baseless letters to achieve this mission. Once Vorys "scares" the 3rd party online sellers away, who are not part of a MAP agreement, then the clients are referred by Vorys to iServe and iServe sells their products on Amazon. There is pure corruption and collusion involved between the 3 parties. Attorney Groves is purely aiding and abetting this corruption and conspiracy.  Vorys even stated in an online white paper that they use malicious prosecution tactics against the more tough and seasoned sellers who do not comply with their baseless demands.

Their is a case is Wisconsin where PopSockets went after Craig Hueffner. Hueffner

was allegedly importing and selling counterfeit PopSockets items. Hueffner only had to sign a consent judgement and he did not pay PopSockets a penny in restitution or damages nor did Hueffner produce any discovery nor was Hueffner harassed over discovery. Craig Hueffner will become a primary witness for our case as will Online King in New York, who is also being sued by PopSockets under the exact same plot as Wilcox.

PopSockets has also lost portions of their '031 patent before the TTAB in the case against Quest USA. The remainder of PopSockets '031 patent rights is currently before the TTAB and a decision is due in January 2020 as to of they will loose the remainder of their patent rights.

We are currently working with Attorney CJ Rosenbaum to go after Vorys, PopSockets, Groves and all persons involved in this malicious and baseless litigation against us.

PopSockets and Vorys baseless lawsuit and corrupt, fraudulent and deceptive trade practices are also going to be shared with print and media sources.

## Below are some of the baseless claims that VORYS has asserted against 3rd party sellers:

- **Product Sourcing**: There is no rule that says that you cannot buy products from a department store and resell them.
- **Unauthorized Seller / Unauthorized to Sell on Certain Sales Channels**: Unless outside of the First Sales Doctrine, there's nothing that can stop you from buying a product and selling it without authorization. Generally, sellers do not need authorization to sell on Amazon. This also applies to reseller agreements. You

don't need a reseller agreement with any brand unless there's something that takes the product outside of the First Sales Doctrine.
- **Company Policies & Brand Confusion**: Company policy is not a legal claim. As long as you are buying and reselling genuine products, there is no confusion or company policy you need to abide by.
- **Violations of Trademark**: The trademarks of branded items appear directly on the packaging. All you are doing is buying and reselling the same item that a consumer would get from any other seller.
- **Arbitration**: Unless you agree to it, you are not subject to arbitration. You cannot be compelled to arbitrate unless you agree to it.

## More unjustified claims that VORYS has asserted against our clients:

- **Unauthorized Websites**: Under the First Sale Doctrine, you are protected on Amazon, eBay, as well as your own website. Under United States law, you are allowed to buy and sell products from where ever you want.
- **Retail Arbitrage**: Many sellers have made promises not to sell products in the past. If you have done this and it is not in writing, chances are that it is not enforceable.
- **Authorized Claims**: If you have the authorization of a brand to sell on a specific channel (Amazon, eBay, Etsy, etc) and there is no contractual prohibition restraining you from selling on other channels, you are fine. This is yet another baseless claim being made by VORYS.
- **Resale Policies Not Being Followed**: These are not intellectual property rights issues.
- **Brand Integrity**: Brand integrity is NOT a legal claim. Buying and selling genuine products does not violate anything.

- **Harming Brand Reputation**: The only thing a seller is doing by buying and reselling an item is undercutting prices, which is better for consumers.

# VORYS threatens third party sellers with lawsuits, the majority of which are completely baseless.

## In their letters, they demand some of the following:

- **Product Sourcing**: This is something you do not have to provide. VORYS is not a court or a judge; you do not have to provide any information or do anything at all if you receive a letter from VORYS. <u>You may feel more comfortable hiring an experienced law firm, such as Rosenbaum Famularo, PC to respond to them</u>. Unless a judge is ordering you to provide information, you do not have to reveal information to anyone.
- **Violating Distribution Agreements**: If you don't have a contract with a distributor, then you are not violating a contract. There are some exceptions to this, so a seller should should consult with an attorney just to be safe. There are some valid claims for interfering with someone else's distribution agreement, but unless you have an agreement, you're not violating any agreement of your own.
- **Violation of Compensation Agreements**: VORYS states that by buying and selling products, you're violating compensation agreements. Almost all contracts bind only those who actually signed the contracts. If you didn't sign anything, you're not responsible for that agreement.
- **Products Free from Tampering**: VORYS states that by reselling products, consumers aren't getting fresh, safe products free from tampering. Hard goods aren't stored at particular temperatures or in any particular manner. Unless the product has been damaged or harmed, then you aren't doing anything wrong.

- **False Consumer Satisfaction Claims**: If you're reselling brand name products, consumers' happiness will have nothing to do with you, but rather the product itself.
- **Harmful Brand Integrity**: First Sale Doctrine states that as long as you are delivering the same product that an authorized seller would, then you can resell anything you want without authorization / permission / distribution agreements, etc.

## VORYS can also demand some of the below in their threatening letters:

- **Violation of Specific Handling Provisions**: VORYS has not once identified a specific provision to which a seller has failed to comply with in any of their claims.
- **Threats to Obtain Sales Documents**: The only way that VORYS can get these documents is to specifically request them from Amazon or actually start a lawsuit and subpoena the documents. In either case, we have not necessarily seen Amazon comply.
- **Sellers That Don't Provide Customer Services Claims**: When buying online, a customer knows they're giving up one-on-one training.
- **Threats to Get "Vital Information" Regarding Sales**: No one knows what this vital information is, but VORYS won't be able to get it from Amazon amicably.
- **Sales Outside of Authorized Channels Constitute Divergent Practices**: This is not an IP claim under the law. You are protected from this under the First Sale Doctrine.
- **Sponsorship & Affiliation Program Violations**: If reselling genuine products, you have nothing to fear from this claim.

Brad Wilcox

On Nov 27, 2019, at 3:41 PM, "matt@grovesllc.com" <matt@grovesllc.com> wrote:

Thanks Ms. James, that date works for PopSockets.

Matt Groves
<image001.png>
281 South Pearl Street
Denver, CO 80209
303-557-0199 (main)
720-530-6427 (cell)
877-789-6229 (fax)
**www.grovesllc.com**

The information contained in this email message and the attachment are attorney privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at (303) 557-1099, destroy the original of this transmittal and delete this message from your computer's memory. Thank you.

Tax Advice Notice: IRS Circular 230 requires us to advise you that, if this communication or any attachment contains any tax advice, the advice is not intended to be used, and cannot be used, for the purpose of avoiding federal tax penalties. Please contact us if you have any questions about Circular 230.

---

**From:** Kristina James <kristina_james@cod.uscourts.gov> **On Behalf Of** Hegarty Chambers
**Sent:** Wednesday, November 27, 2019 2:40 PM
**To:** matt@grovesllc.com
**Cc:** Brad <bkw3@prodigy.net>; Adlakha, Rajeev K. <rkadlakha@vorys.com>
**Subject:** RE: 1:19-cv-01080-RM-MEH PopSockets LLC v. Wilcox - Request for discovery dispute conference

Thank you. Judge Hegarty is booked through December 20, 2019, including a two-week jury trial; however, we can fit you in at 1:00 p.m. on December 18, 2019. If that date does not work, we will have to look at dates in January.

Please let us know your availability.

Kristina

---

**From:** matt@grovesllc.com <matt@grovesllc.com>
**Sent:** Wednesday, November 27, 2019 2:34 PM
**To:** Hegarty Chambers <hegarty_chambers@cod.uscourts.gov>
**Cc:** Brad <bkw3@prodigy.net>; Adlakha, Rajeev K. <rkadlakha@vorys.com>
**Subject:** RE: 1:19-cv-01080-RM-MEH PopSockets LLC v. Wilcox - Request for discovery dispute conference

Dear Ms. James,

Thank you for your email. Yes, all parties are copied. The bww3@prodigy.net email is the email used by the Defendants, Bradley and Lora Wilcox.

Matt Groves
<image001.png>
281 South Pearl Street
Denver, CO 80209
303-557-0199 (main)
720-530-6427 (cell)
877-789-6229 (fax)
**www.grovesllc.com**

The information contained in this email message and the attachment are attorney privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at (303) 557-1099, destroy the original of this transmittal and delete this message from your computer's memory. Thank you.

Tax Advice Notice: IRS Circular 230 requires us to advise you that, if this communication or any attachment contains any tax advice, the advice is not intended to be used, and cannot be used, for the purpose of avoiding federal tax penalties. Please contact us if you have any questions about Circular 230.

**From:** Kristina James <kristina_james@cod.uscourts.gov> **On Behalf Of** Hegarty Chambers
**Sent:** Wednesday, November 27, 2019 2:32 PM
**To:** matt@grovesllc.com
**Cc:** Brad <bkw3@prodigy.net>; Adlakha, Rajeev K. <rkadlakha@vorys.com>
**Subject:** RE: 1:19-cv-01080-RM-MEH PopSockets LLC v. Wilcox - Request for discovery dispute conference

Thank you for your message. Are all parties copied on this email?

Kristina James, Law Clerk
Chambers of U.S. Magistrate Judge Michael E. Hegarty
United States District Court for the District of Colorado
901 19th Street, Room A542
Denver, Colorado 80294
303-844-4507

**From:** matt@grovesllc.com <matt@grovesllc.com>
**Sent:** Wednesday, November 27, 2019 1:17 PM
**To:** Hegarty Chambers <hegarty_chambers@cod.uscourts.gov>
**Cc:** Brad <bkw3@prodigy.net>; Adlakha, Rajeev K. <rkadlakha@vorys.com>
**Subject:** 1:19-cv-01080-RM-MEH PopSockets LLC v. Wilcox - Request for discovery dispute conference

Dear Magistrate Judge Hegarty,

Pursuant to Section III(C) of your Practice Standards, PopSockets LLC would like to request a conference with the Court prior to filing a Motion to Compel with respect to requests for production served by PopSockets upon the Defendants. At your convenience, can you please provide a date and time for this conference. Thank you and Happy Thanksgiving.

Matt Groves
<image001.png>
281 South Pearl Street
Denver, CO 80209
303-557-0199 (main)
720-530-6427 (cell)
877-789-6229 (fax)
**www.grovesllc.com**

The information contained in this email message and the attachment are attorney privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this

## CERTIFICATE OF SERVICE

We, the undersigned, hereby certify that, on the 31st day of December, 2019, we are filing the above and foregoing document with the court using Federal Express Overnight Courier and have sent notice of this motion to the email addresses of Matthew Groves, Darren Garcia, Rajeev Adlakha and William D. Kloss, Jr., as listed below. Defendants are Pro Se and do not have access to the online PACER filing system like attorneys so Defendants are unable to e-file this motion and Defendants must send paper documents to the court.

Dated this 31st day of December, 2019

Lora Suzanne Wilcox,
*Pro Se, Defendant*
9100 Independence Parkway,
#2409
Plano, Texas 75025
Telephone: 972-741-4391
E-mail: bkw3@prodigy.net
Defendant

Bradley James Wilcox,
*Pro Se, Defendant*
9100 Independence Parkway,
#2409
Plano, Texas 75025
Telephone: 972-741-4388
E-mail: bkw3@prodigy.net
Defendant

Matthew Groves
Groves Law, LLC
281 S. Pearl Street
Denver, CO 80209
Phone: (303) 557-0199
Email: matt@grovesllc.com
Counsel for Plaintiff PopSockets LLC

William D. Kloss, Jr. (Ohio Bar No. 0040854)
Vorys, Sater, Seymour and Pease LLC
200 Public Square
Suite 1400
Cleveland, Ohio 44114-2327
Phone (216) 479-6175
Email: wdklossjr@vorys.com
Counsel for Plaintiff PopSockets LLC

Darren Scott Garcia
Vorys Sater Seymour & Pease LLP-Cincinnati
301 East 4th Street
Great American Tower
Suite 3500
Cincinnati, Ohio 45202
Phone (513) 723-4020
Email: dsgarcia@vorys.com
Counsel for Plaintiff PopSockets, LLC

Rajeev Kumar Adlakha
Vorys Sater Seymour & Pease LLP-Cleveland
200 Public Square
Suite 1400
Cleveland, Ohio 44114
Phone (216) 479-6175
Email: rkadlakha@vorys.com
Counsel for Plaintiff PopSockets, LLC

Plaintiff's Address
5757 Central Ave, Boulder, CO 80301