IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-01080-RM-MEH

POPSOCKETS, LLC

    Plaintiff

vs.

LORA SUZANNE WILCOX,

BRADLEY JAMES WILCOX,

    and

JOHN DOES 1-10, individually or as corporate/business entities

    Defendants

---

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 31 2019

JEFFREY P. COLWELL
CLERK

---

DEFENDANTS FILING OF EMAIL COMMUNICATIONS - BATCH #3

---

**DEFENDANTS FILING OF EMAIL COMMUNICATIONS - BATCH #3**

From: Bradley Wilcox bkw3@prodigy.net
Subject: Re: Dismissing Lora From the Suit
Date: Dec 29, 2019 at 5:27:08 PM
To: matt@grovesllc.com,
david.barnett@popsockets.com
Cc: Rajeev K. Adlakha rkadlakha@vorys.com

Matt,

I think you have more serious issues to be concerned about, mainly your reputation and bar license. You and Vorys are nothing but a bottom feeding lawyer who wants to troll 3rd Party Amazon sellers to knock them off of legitimate listings. Many attorneys in the legal profession will attest to the fact Vorys is a low tier lawfirm and a bunch of bottom feeding lawyers who barely made it thru law school and can't get jobs anywhere else. Its quite funny how PopSockets hires a one man shop who is no expert in IP law to come after us. We know why - because no legitimate IP lawfirm or IP attorney will take this case because they know it is anti-competitive behavior and they are not going to risk their reputation or license, which is more important to them, than greed. It is only low tier law firms and bottom feeding lawyers who will take these types of cases and engage in fraudulent and unethical behavior. All you are doing is wasting PopSockets money with your continued nonsense and motion practice. David Barnett is not too damn smart if he can't see or

comprehend this concept and continues to employee you and Vorys. You discovery intentions are nothing more than harassment and the intent is to harass and generate billable hours to bill PopSockets.

The "illegal" activity is on your part by intentionally misrepresenting the law which constitutes fraud. You are also guilty of predicating racketeering and violating the Magnason Moss Warranty Act. Many papers will be filed with the court this week by me to put the court on notice of your unethical and trolling behavior and continued ethics violations. Myself, Avrohom from Online King and many other sellers are lawyering up to battle you, Vorys and Vory's clients. We will expose the fraud, deception and bottom feeding tactics you low tier bottom feeding lawyers engage to unethically make money and bill clients. You have warned so you cannot blame anybody but yourself when the DOJ, FTC, US Attorney General, FBI and/or the Colorado Supreme Court contacts you or visits you.

> On Dec 29, 2019, at 4:28 PM, "matt@grovesllc.com" <matt@grovesllc.com> wrote:

Dear Mr. Wilcox,

Thank you for your email below. In response:

1. Mrs. Wilcox will not be dismissed from the case. Your email below, as well as your prior email to the Court, confirms what we discovered in our initial investigation: The Amazon storefront through which you conduct your illegal sales of PopSockets products was established, and continues to be registered and operated, under Mrs. Wilcox's name. She is a proper party defendant, and will remain so.

2. The hearing on January 6, 2020 will address the refusal of the two defendants, you and Mrs. Wilcox, to respond to discovery, and we will be seeking to compel discovery from both of you, as defendants. Whether Mrs. Wilcox may be excused from attendance is a matter between Mrs. Wilcox and the Court. Please be clear that whether or not she attends, PopSockets will seek an order compelling her to respond to discovery.

3. PopSockets objects to a rescheduling of the January 6, 2020 discovery conference. When we initially requested the conference on November 27, 2019, you and Mrs. Wilcox refused to agree to a single date in December. The Court then gave us a January date, at your request. Now, you claim that Mrs. Wilcox has no availability to attend, even by phone, until February. That position is untenable. Mrs. Wilcox is party defendant, and will remain so. Both of you have refused to respond to written discovery, and the discovery conference is required, by rule, as a result. Given the pending case deadlines, this issue must be addressed and resolved now.

Matt Groves
Groves Law, LLC
281 South Pearl Street
Denver, CO 80209
303-557-0199 (main)
720-530-6427 (cell)
877-789-6229 (fax)
www.grovesllc.com

The information contained in this email message and the attachment are attorney privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at (303) 557-1099, destroy the original of this transmittal and delete this message from your computer's memory. Thank you.

Tax Advice Notice: IRS Circular 230 requires us to advise you that, if this communication or any attachment contains any tax advice, the advice is not intended to be used, and cannot be used, for the purpose of avoiding federal tax penalties. Please contact us if you have any questions about Circular 230.

-----Original Message-----

From: Bradley Wilcox <bkw3@prodigy.net>
Sent: Saturday, December 28, 2019 8:08 PM
To: Rajeev K. Adlakha <rkadlakha@vorys.com>; matt@grovesllc.com
Subject: Dismissing Lora From the Suit

Lora needs to be dismissed from the suit. She has no relevance to the suit, is not a witness, does not work in the business nor is she involved in the Amazon business and she has no relevance as a witness. Lora is employed full time in corporate America. Lora's only tie to Amazon is the account is in her name. Lora is also protected by the spouse privilege.

Do you agree to dismiss Lora from the court hearing on 1-6-2020 and not require her to be on the call? If you will not dismiss her than the hearing needs to be rescheduled to February 2020. Her employer is in year-end and all employees are required to be at work and cannot take time off in January.

## CERTIFICATE OF SERVICE

We, the undersigned, hereby certify that, on the 31st day of December, 2019, we are filing the above and foregoing document with the court using Federal Express Overnight Courier and have sent notice of this motion to the email addresses of Matthew Groves, Darren Garcia, Rajeev Adlakha and William D. Kloss, Jr., as listed below. Defendants are Pro Se and do not have access to the online PACER filing system like attorneys so Defendants are unable to e-file this motion and Defendants must send paper documents to the court.

Dated this 31st day of December, 2019

_____
Lora Suzanne Wilcox,
*Pro Se, Defendant*
9100 Independence Parkway,
#2409
Plano, Texas 75025
Telephone: 972-741-4391
E-mail: bkw3@prodigy.net
Defendant

_____
Bradley James Wilcox,
*Pro Se, Defendant*
9100 Independence Parkway,
#2409
Plano, Texas 75025
Telephone: 972-741-4388
E-mail: bkw3@prodigy.net
Defendant

Matthew Groves
Groves Law, LLC
281 S. Pearl Street
Denver, CO 80209
Phone: (303) 557-0199
Email: matt@grovesllc.com
Counsel for Plaintiff PopSockets LLC

William D. Kloss, Jr. (Ohio Bar No. 0040854)
Vorys, Sater, Seymour and Pease LLC
200 Public Square
Suite 1400
Cleveland, Ohio 44114-2327
Phone (216) 479-6175
Email: wdklossjr@vorys.com
Counsel for Plaintiff PopSockets LLC

Darren Scott Garcia
Vorys Sater Seymour & Pease LLP-Cincinnati
301 East 4th Street
Great American Tower
Suite 3500
Cincinnati, Ohio 45202
Phone (513) 723-4020
Email: dsgarcia@vorys.com
Counsel for Plaintiff PopSockets, LLC

Rajeev Kumar Adlakha
Vorys Sater Seymour & Pease LLP-Cleveland
200 Public Square
Suite 1400
Cleveland, Ohio 44114
Phone (216) 479-6175
Email: rkadlakha@vorys.com
Counsel for Plaintiff PopSockets, LLC

Plaintiff's Address
5757 Central Ave, Boulder, CO 80301