**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 1:19-cv-01080-RM-MEH

POPSOCKETS LLC

        Plaintiff,

v.

LORA SUZANNE WILCOX,
BRADLEY JAMES WILCOX,

        and

JOHN DOES 1-10, individually
or as corporate/business entities,

        Defendants.

---

**UNOPPOSED MOTION FOR LEAVE TO APPEAR BY TELEPHONE**

---

Plaintiff PopSockets LLC ("PopSockets") respectfully moves the Court for an order permitting one of its attorneys of record, Rajeev K. Adlakha, to appear by telephone at the upcoming discovery conference scheduled for January 6, 2020 at 10:30 a.m.

PopSockets respectfully submits that there is good cause for Mr. Adlakha to be permitted to attend the conference by telephone because (a) PopSockets will already be represented in person at the conference by its other attorney of record, Matthew Groves, and (b) Mr. Adlakha is located out of state in Cleveland, Ohio.

Counsel for PopSockets contacted Defendants by email to inquire if they opposed Mr. Adlakha's appearance by telephone. Counsel received an unsigned email from the email account

1

that has been identified for both Defendants advising that the sender had no objection to the request. Counsel received no other email in response to the inquiry.

Respectfully submitted,

/s/ Rajeev K. Adlakha

Rajeev K. Adlakha (Ohio Bar No. 0087096)
William D. Kloss (Ohio Bar No. 0040854)
Daren S. Garcia (Ohio Bar No. 0077156)
Vorys, Sater, Seymour and Pease LLP
200 Public Square, Suite 1400
Cleveland, OH 44114-2327
Phone: (216) 479-6175
Email: rkadlakha@vorys.com
 wdklossjr@vorys.com
 dsgarcia@vorys.com

Groves Law, LLC
281 S. Pearl St.
Denver, CO 80209
Phone: (303) 557-0199
Email: matt@grovesllc.com

*Counsel for Plaintiff PopSockets LLC*

3

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing was sent on December 31, 2019, to the following individuals via USPS certified mail and email:

Lora Suzanne Wilcox
Bradley James Wilcox
9100 Independence Parkway, #2409
Plano, TX 75025
Email: bkw3@prodigy.net

*/s/ Rajeev K. Adlakha*
Rajeev K. Adlakha