**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**January 24, 2020**

_____

**Christopher M. Wolpert**
**Clerk of Court**

POPSOCKETS LLC,

    Plaintiff - Appellee,

v.

LORA SUZANNE WILCOX; BRADLEY JAMES WILCOX,

    Defendants - Appellants.

No. 19-1489
(D.C. No. 1:19-CV-01080-RM-MEH)
(D. Colo.)

_____

**ORDER**
_____

    This appeal was opened on December 31, 2019. By order entered January 2, 2020, the court directed the appellants to respond to a challenge to our jurisdiction to consider their appeal at this time. *See* 10th Cir. R. 27.3(B). In the January 2 order, we provided two reasons why it appears this court lacks jurisdiction to consider the instant premature appeal. We directed the appellants to file a memorandum brief responsive to our jurisdictional challenge by January 16, 2020 and warned the appellants that not filing a memorandum brief could result in dismissal of the appeal for lack of prosecution. *Id.* 42.1.

    On January 16, 2020, the appellants submitted what appears to be their opening brief addressing the merits of the order they attempted to appeal. Because merits briefing was expressly suspended by our January 2 order, the court noted our receipt of their

merits brief but did not file it. The submitted brief does not address either of the two appellate jurisdictional concerns raised in our January 2 order.

The time within which the court directed the appellants to respond to the jurisdictional challenge has now expired, and the appellants have not submitted any additional documents to the court, responsive to the court's jurisdictional challenge or otherwise. Accordingly, the appeal is dismissed for lack of prosecution pursuant to Tenth Circuit Rule 42.1. A copy of this order shall stand as and for the mandate of this court.

                        Entered for the Court
                        CHRISTOPHER M. WOLPERT, Clerk

                        *Lara Smith*

                        by: Lara Smith
                            Counsel to the Clerk