IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01080-RM-MEH

POPSOCKETS, LLC

    Plaintiff,

v.

LORA SUZANNE WILCOX,
BRADLEY JAMES WILCOX, and
JOHN DOES 1-10, individually and as corporate entities,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 27, 2020.**

    Despite this Court's instruction on December 27, 2019,[1] Defendant Bradley Wilcox has sent to the Court improper email communications on January 24, 2020 and January 25, 2020. The Court reminds the parties that it is not permitted to receive communications from any party regarding the case unless otherwise ordered (i.e., communications are permitted with the parties for the purpose of scheduling a conference). *See* D.C. Colo. LCivR 77.2.

---

[1] After receiving an email communication from Mr. Wilcox seeking "relief" in the form of an answer to a question regarding this case, the undersigned informed Mr. Wilcox on December 27, 2019 that "Judge Hegarty (including his staff) does not accept communications by the parties unless otherwise requested or ordered. Please see D.C. Colo. LCivR 77.2 ('Unless otherwise ordered, a party to or an attorney in a proceeding shall not communicate directly about the proceeding in any manner with a judicial officer assigned to the proceeding.')."