IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | |
|---|---|
| Civil Action No:  19-cv-1080-RM-ME | Date:  February 20, 2020 |
| Courtroom Deputy:  Christopher Thompson | FTR:  Courtroom A 501 |

*Parties:*             *Counsel:*

POPSOCKETS LLC,            Matthew Groves
                                     Rajeev Adlakha by phone

   Plaintiff,

v.

LORA SUZANNE WILCOX,           Lora Wilcox by phone
BRADLEY JAMES WILCOX,           Bradley Wilcox by phone

   Defendant.

# COURTROOM MINUTES
# DISCOVERY CONFERENCE

**Court in session:**    **10:37 a.m.**

Court calls case. Appearances of counsel. Parties meet and discuss discovery disputes.

Plaintiff notifies the Court Defendants have not been responding to discovery requests and requests the Court to Order the Defendants to answer their interrogatories, requests for productions, and to set dates for Plaintiff's counsel to depose the Pro Se Defendants. The Court grants the request and orders the Defendants to respond to the Plaintiff's discovery requests as stated on the record. **The parties agree to schedule the depositions of the Defendants for the week of April 6, 2020.**

**ORDERED:**  The Defendants shall respond to the discovery requests as stated on the record on or before **March 21, 2020**.

**Court in recess:**    **12:10 p.m.**    Hearing concluded.
Total in-court time:    01:33

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.