IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01080-RM-MEH

POPSOCKETS, LLC

    Plaintiff,

v.

LORA SUZANNE WILCOX,
BRADLEY JAMES WILCOX, and
JOHN DOES 1-10, individually and as corporate entities,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 25, 2020.**

    Before the Court are Plaintiff's Motion to Strike Defendants' Brief and Other Filings [filed January 16, 2020; ECF 69] and Plaintiff's Motion for Sanctions Pursuant to Fed. R. Civ. P. 11(c) and the Court's Inherent Authority [filed February 24, 2020; ECF 81].

    Defendants shall file written responses to these motions on or before March 16, 2020, and Plaintiff may file replies in support of the motions within fourteen days after the responses are served.