IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01080-RM-MEH

POPSOCKETS, LLC,

    Plaintiff,

v.

LORA SUZANNE WILCOX,
BRADLEY JAMES WILCOX, and
JOHN DOES 1-10, individually and as corporate entities,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 4, 2020.**

    For good cause shown pursuant to Fed. R. Civ. P. 26(c), Plaintiff's Motion for Protective Order[1] [filed April 6, 2020; ECF 95] is **granted**. The proposed Protective Order is accepted. So that the order may be issued, the Plaintiff shall provide to the Court a copy of the Protective Order (ECF 95-2) in editable format by emailing it to hegarty_chambers@cod.uscourts.gov.

---

[1] Plaintiff described its efforts to confer with Defendants regarding this motion pursuant to D.C. Colo. LCivR 7.1(a), saying Plaintiff provided a copy of the proposed protective order to Defendants on February 25, 2020, then "followed up on March 19, 2020," but Defendants did not respond. In addition, Defendants did not file a response to this motion within the time period required by D.C. Colo. LCivR 7.1(d).