IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01080-RM-MEH

POPSOCKETS, LLC

      Plaintiff,

v.

LORA SUZANNE WILCOX,
BRADLEY JAMES WILCOX, and
JOHN DOES 1-10, individually and as corporate entities,

      Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 7, 2020**.

Before the Court is Plaintiff's Motion for Sanctions Under Rule 37(b) (ECF 99).  The Court will hold a Status Conference on Tuesday, **May 12, 2020 at 10:30 a.m. (Mountain)** in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado.

If this date is not convenient, the parties shall confer and contact my Chambers by email at hegarty_chambers@cod.uscourts.gov to obtain an alternate date.  All parties must be copied on the email if they agree to change the conference date; otherwise, any party seeking to change the conference date must file a motion.

Counsel for Plaintiff and the pro se Defendants shall appear at the conference by telephone by calling the following conference line at the appointed time:

Number:     888-278-0296
Access code:  8212991#

To the extent that the Plaintiff has email address(es) for the Defendant(s), Plaintiff shall email a copy of this order to the Defendants at the earliest possible time.  On or before May 8, 2020, Plaintiff shall file a certificate demonstrating whether and on what date it has emailed this order to Defendants.