IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01080-RM-MEH

POPSOCKETS, LLC,

    Plaintiff,

v.

LORA SUZANNE WILCOX,
BRADLEY JAMES WILCOX, and
JOHN DOES 1-10, individually and as corporate entities,

    Defendants.

## ORDER

**Michael E. Hegarty, United States Magistrate Judge.**

    Before the Court is Plaintiff's Motion for Sanctions Pursuant to Fed. R. Civ. P. 11(c) [filed February 24, 2020; ECF 81]. Plaintiff seeks an award of attorney's fees and costs arguing that "Defendants filed ten frivolous and improper filings, and additionally delayed the resolution of pending discovery disputes by filing a frivolous Notice of Appeal." Mot. 2. Plaintiff also complains that Defendants "have openly disregarded court rules, have been disrespectful of the process, [and] have flouted their discovery obligations." *Id.* Defendants, proceeding pro se in this action, oppose Plaintiff's motion. ECF 89.

    On April 13, 2020, this Court granted Plaintiff's motion to strike the "improper filings." ECF 97. In addition, the Court has held conferences with the parties to discuss discovery disputes and has issued orders regarding the same. ECF 90, 107. Most recently, on May 12, 2020, the Court heard Plaintiff's arguments concerning Defendants' refusal to respond to discovery requests, and issued orders requiring Defendants' compliance. *See* ECF 107. The Court emphasized with Defendants that any failure(s) to comply would be sanctioned.

The Court understands the Plaintiff's frustration with Defendants' conduct thus far and, at the same time, recognizes that some conduct arises from Defendants' lack of knowledge or misunderstandings concerning the litigation process. As articulated at the May 12 conference, the Court will keep in mind Defendants' conduct and Plaintiff's arguments—made both in the present motion and at the February and May conferences—while considering the Plaintiff's second motion for sanctions filed May 4, 2020 (ECF 99). Accordingly, Plaintiff's first motion for sanctions [filed February 24, 2020; ECF 81] is **denied without prejudice** at this time.

SO ORDERED.

Dated at Denver, Colorado, this 15th day of May, 2020.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge