IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | |
|---|---|
| Civil Action No:   19-cv-1080-RM-MEH | Date:   June 10, 2020 |
| Courtroom Deputy:   Christopher Thompson | FTR:   A 501 |

*Parties:*  *Counsel:*

POPSOCKETS, LLC,                                          Matt Groves
                                                         Rajeev Adlakha

    Plaintiff,

v.

LORA SUZANNE WILCOX,                                     Pro Se
BRADLEY JAMES WILCOX,

    Defendant.

---

**COURTROOM MINUTES/MINUTE ORDER
STATUS CONFERENCE**

**Court in session:**   1:33 p.m.

Court calls case.   Appearances of counsel and Pro Se parties by telephone.   The parties and the Court discuss the current status of the case.

Discussion held regarding the data in question retrieved by the Plaintiff from the Defendants' Amazon account.   Plaintiff is still requesting information regarding complaints and customer feedback.

**ORDERED:** Plaintiff shall provide the Defendants with all the information retrieved from the Defendants' Amazon account, for which the Plaintiff was given access and permissions to the sales data, by **Monday, June 15, 2020.**

Defendants shall supplement their discovery responses, as stated on the record, pursuant to Plaintiff's request of production number five (5) all documents regarding Popsockets' products and any the issues, allegations, denial of claims, or defenses in this action including blogs or posts made by the Defendants.   The Defendant shall provide all their communications with Popsockets and purchases History.   **Defendant is given two (2) weeks to provide the proper responses to the Plaintiff.**

       Defendants agree to participate in depositions for the dates of July 16-17, 2020.

       Plaintiff's access and permissions to the Defendants' Amazon account are now lifted.   Plaintiff is granted leave to file a motion to be given access again if they believe there is more information that needs to be obtained.

**Court in recess:**     2:26 p.m.          Hearing concluded.
Total in-court time:   0:53

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.