IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01080-RM-MEH

POPSOCKETS, LLC

      Plaintiff,

v.

LORA SUZANNE WILCOX,
BRADLEY JAMES WILCOX, and
JOHN DOES 1-10, individually and as corporate entities,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 6, 2020**.

      The Court will hold a Status Conference in this case on Monday, **July 13, 2020 at 10:00 a.m.** in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado.

      Unless otherwise ordered, the Court will permit litigants (counsel and parties) and the public to appear at all scheduled conferences before Magistrate Judge Hegarty either in person or by telephone. If they choose to appear in person, litigants and the public must comply with General Order 2020-10 governing Court Operations During the COVID-19 Pandemic, which can be accessed at www.cod.uscourts.gov. To appear by telephone, litigants and the public shall call the following conference line at the appointed time:

Number:      888-278-0296
Access code:  8212991#

Please remember that, when you call in, you may be entering a proceeding already in progress for a different case; therefore, as you would if you were present in the courtroom, please ensure silence until your case is called.