IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | |
|---|---|---|
| Civil Action No: 19-cv-1080-RM-MEH | | Date: July 13, 2020 |
| Courtroom Deputy: Christopher Thompson | | FTR: A 501 |

*Parties:*                                                                 *Counsel:*

POPSOCKETS LLC,                                          Matthew Groves (in person)
                                                                             Rajeev Adlakha (by phone)

    Plaintiff,

v.

LORA SUZANNE WILCOX,                             Pro Se
BRADLEY JAMES WILCOX,                            Pro Se

    Defendant.

---

**COURTROOM MINUTES/MINUTE ORDER**
**STATUS CONFERENCE**

**Court in session:**     **10:10 a.m.**

Court calls case.   Appearances of counsel and Pro Se Defendants. The parties and the Court discuss the current status of the case.

Discussion held regarding Plaintiff's requests for documents related to the last discovery hearing and the depositions of the Pro Se Defendants.   Both the Plaintiff and the Defendants inform the Court they will be filing Motions for Summary Judgment.

**ORDERED:**   Plaintiff's [ECF 115] *Motion to Amend Scheduling Order* is **GRANTED** to the extent the depositions of the Pro Se Defendants will be permitted outside of the Discovery Deadline date, which is July 20, 2020, and the date will remain the same. The deposition for Mr. Wilcox will be held on August 10, 2020, and the deposition of Mrs. Wilcox will be held on August 11, 2020, as stated on the record.

              A Case Management Conference is set for **July 21, 2020 at 10:00 a.m.** and the Court will send instructions to all the parties on how to participate.

**Court in recess:**     **10:51 a.m.**          Hearing concluded.
Total in-court time:     00:41

\*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.