**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 1:19-cv-01080-RM-MEH

POPSOCKETS LLC

        Plaintiff,

v.

LORA SUZANNE WILCOX,
BRADLEY JAMES WILCOX

        and

JOHN DOES 1-10, individually
or as corporate/business entities,

        Defendants.

## JOINT MOTION FOR ENTRY OF CONSENT DECREE

Plaintiff PopSockets LLC, by and through counsel, and Defendants, Bradley James Wilcox and Lora Suzanne Wilcox, pro se, hereby submit this Joint Motion for Entry of Consent Decree, and state:

Pursuant to a Settlement Conference held by Magistrate Judge Hegarty on June 21, 2020, the parties have reached a settlement of all claims in the case, the terms of which include the entry of the Consent Decree attached as **Exhibit 1** to this Joint Motion.

The parties each executed the Consent Decree attached as **Exhibit 1** remotely at the Settlement Conference, and jointly request that the Court sign and enter the Consent Decree

attached as **Exhibit 1**. A Microsoft Word version of the Consent Decree will be submitted separately to Chambers.

Dated this 21st day of July, 2020.

Respectfully submitted,

/s/Matthew Groves
Groves Law, LLC
281 S. Pearl St.
Denver, CO 80209
Phone: (303) 557-0199
Email: matt@grovesllc.com

William D. Kloss (Ohio Bar No. 0040854)
Daren S. Garcia (Ohio Bar No. 0077156)
Rajeev K. Adlakha (Ohio Bar No. 0087096)
Vorys, Sater, Seymour and Pease LLP
200 Public Square
Suite 1400
Cleveland, OH 44114-2327
Phone: (216) 479-6175
Email: wdklossjr@vorys.com
        dsgarcia@vorys.com
        rkadlakha@vorys.com

*Counsel for Plaintiff PopSockets LLC*

/s/ Bradley James Wilcox
Bradley James Wilcox
9100 Independence Parkway, #2409
Plano, TX 75025


/s/ Lora Suzanne Wilcox
Lora Suzanne Wilcox
9100 Independence Parkway, #2409
Plano, TX 75025

*Defendants*

2

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Joint Motion For Entry of Consent Decree was electronically filed with the Court on July 21, 2020. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

      Notice of this filing will be sent to the following individuals via E-Mail and US Mail:

Lora Suzanne Wilcox
Bradley James Wilcox
9100 Independence Parkway, #2409
Plano, TX 75025
Email: bkw3@prodigy.net

                                        */s/ Matthew Groves*
                                        Matthew Groves