# EXHIBIT 1

# TO THE JOINT MOTION FOR ENTRY OF CONSENT DECREE

# CASE NO. 1:19-cv-01080-RM-MEH

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-01080-RM-MEH

POPSOCKETS LLC,

    Plaintiff,

v.

LORA SUZANNE WILCOX,
BRADLEY JAMES WILCOX, and
JOHN DOES 1-10, individually or as
corporate/business entities

    Defendants.

## CONSENT DECREE

WHEREAS, Plaintiff PopSockets LLC ("PopSockets") filed this action against Defendants Lora Suzanne Wilcox and Bradley James Wilcox ("the Wilcoxes"), asserting claims, for (1) trademark infringement under 15 U.S.C. §§ 1114 and 1125(a); (2) unfair competition under 15 U.S.C. § 1125(a)(1)(A); (3) false advertising under 15 U.S.C. § 1125(a)(1)(B); (4) common law trademark infringement; (5) common law unfair competition; (6) deceptive trade practices under C.R.S. § 6-1-105, and (7) tortious interference with contracts and business relations;

WHEREAS, PopSockets is a corporation organized under the laws of Colorado with its corporate headquarters and principal place of business at 5757 Central Avenue, Boulder, Colorado 80301;

WHEREAS, the Wilcoxes are individuals currently residing at 9100 Independence Parkway (Apartment 2409), Plano, Texas 75025.

1

WHEREAS, PopSockets and the Wilcoxes have entered into a Settlement Agreement regarding this litigation, in connection with which they have agreed to the entry of this Consent Decree;

This Court, having read and considered the Consent Decree that has been executed by PopSockets and the Wilcoxes and finding that it is fair, reasonable, and adequate, and for good cause appearing, hereby ORDERS, ADJUDGES, and DECREES, as follows:

1. This action arises under the Lanham Act, 15 U.S.C. §§ 1114 and 1125, C.R.S. § 6-1-105, and the laws of the State of Colorado. This Court has subject-matter jurisdiction under 28 U.S.C. §§ 1331, 1338, and 1367; the claims arising under the laws of the State of Colorado are substantially related to PopSockets' federal claims such that they are part of the same case or controversy under Article III of the United States Constitution.

2. PopSockets has valid and subsisting trademarks for POPSOCKETS® (U.S. Trademark Reg. Nos. 5,486,563; 5,204,637; 4,575,440; and 4,572,125), as well as a number of other trademarks registered with the United States Patent and Trademark Office (collectively, the "PopSockets Trademarks").

3. The PopSockets Trademarks are valid and enforceable.

4. The Wilcoxes and their agents, servants, employers, and attorneys, and all other persons in active concert or participation with any of them, are hereby permanently restrained and enjoined from (a) advertising, selling, or facilitating the advertisement or sale of, via the internet or otherwise, any products bearing any of the PopSockets Trademarks, (b) otherwise using any of the PopSockets Trademarks in commerce in connection with the sale, offering for sale, distribution, or advertising of any goods and services, and (c) purchasing or otherwise acquiring any products bearing any of the PopSockets Trademarks for purposes of resale.

5. The Wilcoxes shall provide a copy of this Consent Decree to each of their agents, servants, employers, and attorneys, and to any other persons who are in active concert or participation with any of foregoing.

6. No appeals shall be taken by any party from this Consent Decree, the right to appeal being expressly waived by the Parties.

7. Any violation of this Consent Decree by any Party would cause irreparable harm and, if such a violation occurs, any aggrieved Party will be entitled to immediate relief.

8. This Court retains jurisdiction of this action for the purpose of enforcing the terms of this Consent Decree and the Settlement Agreement.

9. A final order shall be entered pursuant hereto, without further notice. Each party shall bear its own costs.

The Clerk is directed to enter this Consent Decree forthwith.

IT IS SO ORDERED this ____ day of _____, 2020.

_____
The Honorable Raymond P. Moore
United States District Judge

3

Approved and agreed to by:

_____
Rajeev K. Adlakha
Vorys, Sater, Seymour and Pease LLP
200 Public Square (14th Floor)
Cleveland, OH 44113
(216) 479-6100
rkadlakha@vorys.com

Counsel for Plaintiff PopSockets LLC

_____
Lora Suzanne Wilcox
900 Independence Parkway, #2409
Plano, Texas 75025
Phone: (972) 741-4388
Email: bkw3@prodigy.net

Pro Se Defendant

_____
Bradley James Wilcox
900 Independence Parkway, #2409
Plano, Texas 75025
Phone: (972) 741-4388
Email: bkw3@prodigy.net

Pro Se Defendant

4